# United States Bankruptcy Court
## Southern District of New York

In re: **Church of the Immaculate Heart of Mary**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Church of the Immaculate Heart of Mary** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 8, 2025**
Date

/s/ Sean C. Southard
**Sean C. Southard**
Signature of Attorney or Litigant
Counsel for **Church of the Immaculate Heart of Mary**
**Klestadt Winters Jureller Southard & Stevens, LLP**
**200 West 41st Street**
**17th Floor**
**New York, NY 10036**
**(212) 972-3000 Fax:(212) 972-2245**
**ssouthard@klestadt.com**