**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Fred Stevens
Lauren C. Kiss
Andrew C. Brown

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                    :
                                                         :    Chapter 11
CHURCH OF THE IMMACULATE HEART OF        :
MARY,                                                    :
                                                         :    Case No. 25-23180 (MG)
                                            Debtor.      :
---------------------------------------------------------------x

### NOTICE OF COMMENCEMENT OF
### CHAPTER 11 CASE AND HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE**, that on December 8, 2025 (the "Petition Date"), Church of the Immaculate Heart of Mary, as debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE**, that on the Petition Date, in addition to its Chapter 11 petition, the Debtor filed the following first day motions and related pleadings (collectively, the "First Day Pleadings"):

1. Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (A) Use its Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 4];

2. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Wages and Employee Benefits, (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto, and (III) Approving Payment of Postpetition Wages and Employee Benefits [Docket No. 5];

3. Debtor's Motion for Entry of an Order (I) Extending the Debtor's Time to File Schedules and Statement of Financial Affairs, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief [Docket No. 8]; and

4. Declaration of Theresa Nicholson, Trustee of the Debtor, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petition and First Day Motions [Docket No. 9].

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider these motions (the "First Day Hearing") has been scheduled by the Court for **December 9, 2025, at 2:00 p.m. (EST)**, with such hearing to be held before the Honorable Chief Judge Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom No. 523, New York, New York 10004. The Debtor has requested that the Court consider the relief requested in the First Day Pleadings on an interim basis, pending a final hearing to be scheduled at a later date.

**PLEASE TAKE FURTHER NOTICE**, that the First Day Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the First Day Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the First Day Hearing. Requests to receive a Zoom link should not be made by emailing the Court. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE**, that that copies of each of the First Day Pleadings referenced herein, along with the exhibits thereto, are on file with the Office of the Clerk of the Bankruptcy Court at One Bowling Green, New York, New York 10004 and may be examined on the Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon request (Attn: Andrew C. Brown, Email: abrown@klestadt.com).

**PLEASE TAKE FURTHER NOTICE**, that your rights may be affected. You should read the First Day Pleadings carefully and discuss them with your attorney, if you have one in connection with the Chapter 11 case. (If you do not have an attorney, you may wish to consult with one).

[*Continued on Next Page*]

**PLEASE TAKE FURTHER NOTICE**, that if you do not want the Court to grant the relief requested in the First Day Pleadings, or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

Dated: New York, New York
December 8, 2025

                                              **KLESTADT WINTERS JURELLER**
                                              **SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
       Sean C. Southard
       Fred Stevens
       Lauren C. Kiss
       Andrew C. Brown
       200 West 41st Street, 17th Floor
       New York, New York 10036
       Tel: (212) 972-3000
       Fax: (212) 972-2245
       Email: ssouthard@klestadt.com
                fstevens@klestadt.com
                lkiss@klestadt.com
                abrown@klestadt.com

       *Proposed Counsel to the Debtor and Debtor-in-Possession*