# United States Bankruptcy Court
## Southern District of New York

In re   **Church of the Immaculate Heart of Mary**                                 Case No.
                                      Debtor(s)                                                         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Pastor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 8, 2025**                         **/s/ Father Stephen Ries**
                                                                          **Father Stephen Ries**/**Pastor**
                                                                          Signer/Title

ALISON S O'HANLON
ADDRESS REDACTED


ALL COUNTY REMODELING
445 BONNIE CT.
YORKTOWN HEIGHTS, NY 10598


ALYSSA MARRANZINO
ADDRESS REDACTED


AMY STRAEHLE
ADDRESS REDACTED


ANGELA COMBLO
ADDRESS REDACTED


ANGELA MARRANZINO
ADDRESS REDACTED


ANNETTE PICCOLI
ADDRESS REDACTED


ANTONIA LAGANI DAVILA
ADDRESS REDACTED


ARCHDIOCESE OF NEW YORK
488 MADISON AVENUE
NEW YORK, NY 10022


ARCO PROTECTION SYSTEMS, INC.
532 MAIN STREET
POUGHKEEPSIE, NY 12601


BRENNAN PRIVATE ANSWERING SERVICE
229 FIRST STEET
HOUMA, LA 70364


BRIANNA R COVAIS
ADDRESS REDACTED


BRINK'S INCORPORATED
555 DIVIDEND DRIVE
COPPELL, TX 75019

```
CHIARELLI'S
1014 JERICHO TURNPIKE
NEW HYDE PARK, NY 11040


CHRISTINA JADOO
ADDRESS REDACTED


CHRISTINE ROMANO
ADDRESS REDACTED


COLONIAL VILLAGE FLOWERS
1497 WEAVER STREET
SCARSDALE, NY 10583


CONSOLIDATED EDISON
JAF STATION PO BOX 1702
NEW YORK, NY 10116-1702


CONTROLLED COMBUSTION
2377 WASHINGTON AVE
BRONX, NY 10458


CRYSTAL BLUE CLEANING
200 CLEARBROOK RD, SUITE 134
ELMSFORD, NY 10523


CRYSTAL BLUE CLEANING SERVICE, INC.
200 CLEARBROOK RD, SUITE 134
ELMSFORD, NY 10523


CVA CLAIMANT 1
C/O GRANT & EISENHOFER P.A.
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017


CVA CLAIMANT 2
C/O GRANT & EISENHOFER P.A.
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017


CVA CLAIMANT 3
C/O GRANT & EISENHOFER P.A.
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017
```

```
CVA CLAIMANT 4
C/O MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170


CVA CLAIMANT 5
C/O GRANT & EISENHOFER P.A.
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017


CVA CLAIMANT 6
C/O GRANT & EISENHOFER P.A.
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017


CVA CLAIMANT 7
C/O GRANT & EISENHOFER P.A.
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017


CVA CLAIMANT 8
C/O GRANT & EISENHOFER P.A..
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017


CVA CLAIMANT 9
C/O GRANT & EISENHOFER P.A..
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017


DIANA BRAVO
ADDRESS REDACTED


DRP SOLUTIONS
18 COMMERCE DRIVE
HAUPPAUGE, NY 11788


ELAN FINANCIAL SERVICES
PO BOX 790408
SAINT LOUIS, MO 63179-0408


ELISA BUCKLEY
ADDRESS REDACTED
```

ELIZABETH L FARNUM
ADDRESS REDACTED


EMILY M THEISEN
ADDRESS REDACTED


FEDERATION OF CATHOLIC TEACHERS
2153 RICHMOND AVE.
STATEN ISLAND, NY 10314


FRANK N DESIMONE
ADDRESS REDACTED


ICS CORP
PO BOX 28180
NEW YORK, NY 10087


IGNATIUS PRESS
PO BOX 1339
FORT COLLINS, CO 80522


INSTITUTIONAL COMMODITY SERVICES CORP.
1011 FIRST AVE.
NEW YORK, NY 10022


JESSICA PAGNI
ADDRESS REDACTED


JILLEBA & LIBOCK CPAS LLC
349 KINDERKAMACK ROAD
WESTWOOD, NJ 07675-1652


JOAN COSENTINO
ADDRESS REDACTED


JOANN M DOUGLASS
ADDRESS REDACTED


JOANN RUBINO
ADDRESS REDACTED


JOANNE TORMEY
ADDRESS REDACTED

```
JOHN F. JILLEBA CPA
559 BROOK AVE.
WESTWOOD, NJ 07675


JOSEPH MACLI
ADDRESS REDACTED


JP MCHALE PEST MANAGEMENT, LLC
241 BLEAKLEY AVE.
BUCHANAN, NY 10511


JULIE CASINO
ADDRESS REDACTED


KIMBERLY SULLIVAN
ADDRESS REDACTED


LAURA M COVAIS
ADDRESS REDACTED


LAURIE ADAMO-RICIGLIANO
ADDRESS REDACTED


LIEBMAN'S
518 MAIN ST.
NEW ROCHELLE, NY 10801


LISA BARONE
ADDRESS REDACTED


LIZETTE ROSARIO
ADDRESS REDACTED


LORRAINE LEONE
ADDRESS REDACTED


MARGARITA LAZRI
ADDRESS REDACTED


MARIA GILBRIDE
ADDRESS REDACTED
```

MARIA M SANNICANDRO
ADDRESS REDACTED


MARIE K TEDESCO
ADDRESS REDACTED


MARIO FORGIONE LTD
193 BROOK ST.
SCARSDALE, NY 10583


MARSH LAW FIRM PLLC
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170


MCGRAW HILL EDUCATION HOLDINGS, LLC
LOCK BOX 71545
CHICAGO, IL 60694-1545


MUTUAL OF AMERICA
PO BOX 70249
PHILADELPHIA, PA 19176-0249


NANCY VERICKER
ADDRESS REDACTED


NICHOLAS DEGIORGIO
ADDRESS REDACTED


NICOLE MACCHIA
ADDRESS REDACTED


PARISH ASSISTANCE CORPORATION
488 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY 10022


PARISH PROPERTY MANAGEMENT, INC.
11 SEVENTH ST.
PELHAM, NY 10803


PATRICIA CASALE
ADDRESS REDACTED

```
PAYCHEX
911 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625-2396


PFAU COCHRAN VERTETIS AMALA PLLC
LUCAS FRANKEN AND MALLORY ALLEN
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271


PFAU, COCHRAN, VERTETIS, AMALA PLLC
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271


PHILLIP GIACKETTE
ADDRESS REDACTED


PHYLLIS NASTASIO
ADDRESS REDACTED


PREMIER PEST MANAGEMENT, INC.
PO BOX 672
YONKERS, NY 10702


QUADIENT LEASING USA INC.
478 WHEELERS FARMS ROAD
MILFORD, CT 06461


RAYAPPA REDDY THUMMA
ADDRESS REDACTED


RITA MCCABE
22 COLBY AVE.
RYE, NY 10580


ROSE PRESS
325 NORTH MACQUESTEN PARKWAY
MOUNT VERNON, NY 10550


SCARSDALE POLICE DEPARTMENT
50 TOMPKINS RD.
SCARSDALE, NY 10583


SHANNON DIAZ
ADDRESS REDACTED
```

```
SOFIA CARDAMONE
ADDRESS REDACTED


STEFANIE OLIVA
ADDRESS REDACTED


STEPHEN M RIES
ADDRESS REDACTED


TEK COLLECT
PO BOX 1269
COLUMBUS, OH 43216


TEKCOLLECT
PO BOX 1269
COLUMBUS, OH 43216


TELECOM VOIP
2 DAVID DR.
NORTH SALEM, NY 10560


TERESA CORREDOR
ADDRESS REDACTED


THERESA NICHOLSON
ADDRESS REDACTED


THOMAS RAMUNNO
ADDRESS REDACTED


TOWN OF SCARSDALE
1001 POST RD.
SCARSDALE, NY 10583


TRACEY A HUVANE
ADDRESS REDACTED


TRACY R KEELIN
ADDRESS REDACTED


TRI STATE SUN CONTROL
135 HAVEN AVE LOWER LEVEL
PORT WASHINGTON, NY 11050
```

```
UNITED AIR CONDITIONING
80 S PLANK RD.
NEWBURGH, NY 12550


UNITED METRO ENERGY
500 KIGSLAND AVE.
BROOKLYN, NY 11222


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERONICA GAYANELO
ADDRESS REDACTED


WILLIAM SADLIER
PO BOX 11603
NEWARK, NJ 07101-5803


ZEREGA MECHANICAL LLC
1000 ZEREGA AVE
BRONX, NY 10462
```