**Fill in this information to identify the case:**

Debtor name  **Church of the Immaculate Heart of Mary**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 8, 2025**        X **/s/ Father Stephen Ries**
                          Signature of individual signing on behalf of debtor

                          **Father Stephen Ries**
                          Printed name

                          **Pastor**
                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Church of the Immaculate Heart of Mary |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CVA Claimant 1 c/o Grant & Eisenhofer P.A. 485 Lexington Avenue, 29th Floor New York, NY 10017 | Barbara J. Hart bhart@gelaw.com (646) 722-8500 | Litigation | Contingent Unliquidated Disputed | | | Unknown |
| CVA Claimant 2 c/o Grant & Eisenhofer P.A. 485 Lexington Avenue, 29th Floor New York, NY 10017 | Barbara J. Hart bhart@gelaw.com (646) 722-8500 | Litigation | Contingent Unliquidated Disputed | | | Unknown |
| CVA Claimant 3 c/o Grant & Eisenhofer P.A. 485 Lexington Avenue, 29th Floor New York, NY 10017 | Barbara J. Hart bhart@gelaw.com (646) 722-8500 | Litigation | Contingent Unliquidated Disputed | | | Unknown |
| CVA Claimant 4 c/o Marsh Law Firm PLLC 31 Hudson Yards, 11th Floor New York, NY 10001-2170 | James R. Marsh jamesmarsh@marsh.law (212) 372-3030 | Litigation | Contingent Unliquidated Disputed | | | Unknown |
| CVA Claimant 5 c/o Grant & Eisenhofer P.A. 485 Lexington Avenue, 29th Floor New York, NY 10017 | Barbara J. Hart bhart@gelaw.com (646) 722-8500 | Litigation | Contingent Unliquidated Disputed | | | Unknown |
| CVA Claimant 6 c/o Grant & Eisenhofer P.A. 485 Lexington Avenue, 29th Floor New York, NY 10017 | Barbara J. Hart bhart@gelaw.com (646) 722-8500 | Litigation | Contingent Unliquidated Disputed | | | Unknown |

Debtor **Church of the Immaculate Heart of Mary**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CVA Claimant 7 c/o Grant & Eisenhofer P.A. 485 Lexington Avenue, 29th Floor New York, NY 10017** | **Barbara J. Hart** bhart@gelaw.com (646) 722-8500 | **Litigation** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **CVA Claimant 8 c/o Grant & Eisenhofer P.A.. 485 Lexington Avenue, 29th Floor New York, NY 10017** | **Barbara J. Hart** bhart@gelaw.com (646) 722-8500 | **Litigation** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **CVA Claimant 9 c/o Grant & Eisenhofer P.A.. 485 Lexington Avenue, 29th Floor New York, NY 10017** | **Barbara J. Hart** bhart@gelaw.com (646) 722-8500 | **Litigation** | **Contingent Unliquidated Disputed** | | | **Unknown** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
CHURCH OF THE IMMACULATE HEART OF                              :
MARY,                                                          :
                                                               :   Case No. 25-23180
                                       Debtor.                 :
---------------------------------------------------------------x

**SUPPLEMENTAL CONTACT INFORMATION FOR LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

| Creditor name and name of counsel representing creditor and complete mailing address | Name, telephone number, and email address of creditor contact |
|---|---|
| CVA Claimant 1<br><br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Attn: Barbara J. Hart<br>bhart@gelaw.com<br>Tel: (646) 722-8500 |
| CVA Claimant 2<br><br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Attn: Barbara J. Hart<br>bhart@gelaw.com<br>Tel: (646) 722-8500 |
| CVA Claimant 3<br><br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Attn: Barbara J. Hart<br>bhart@gelaw.com<br>Tel: (646) 722-8500 |
| CVA Claimant 4<br><br>Marsh Law Firm PLLC<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170<br><br>Pfau Cochran Vertetis Amala PLLC<br>120 Broadway,<br>26th Floor<br>New York, NY 10271<br>Tel: (212) 300-2444 | Attn: James R. Marsh<br>jamesmarsh@marsh.law<br>Jennifer Freeman<br>jenniferfreeman@marsh.law<br>Robert Lewis<br>Robertlewis@marsh.law<br>Tel: (212) 372-3030<br><br>Lucas B. Franken<br>lfranken@pcvalaw.com<br>Mallory C. Allen<br>mallen@pcvalaw.com<br>Tel: (646) 480-0848 |

| Creditor name and name of counsel representing creditor and complete mailing address | Name, telephone number, and email address of creditor contact |
|---|---|
| CVA Claimant 5<br><br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Attn:  Barbara J. Hart<br>bhart@gelaw.com<br>Tel: (646) 722-8500 |
| CVA Claimant 6<br><br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Attn:  Barbara J. Hart<br>bhart@gelaw.com<br>Tel: (646) 722-8500 |
| CVA Claimant 7<br><br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Attn:  Barbara J. Hart<br>bhart@gelaw.com<br>Tel: (646) 722-8500 |
| CVA Claimant 8<br><br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Attn: Barbara J. Hart<br>bhart@gelaw.com<br>Ken S. Massey<br>kmassey@gelaw.com<br>Samantha Breitner<br>sbreitner@gelaw.com<br>Tel: (646) 722-8500 |
| CVA Claimant 9<br><br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Attn: Barbara J. Hart<br>bhart@gelaw.com<br>Irene Lax<br>ilax@gelaw.com<br>Samantha Breitner<br>sbreitner@gelaw.com<br>Tel: (646) 722-8500 |