**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                             :
                                                  :    Chapter 11
CHURCH OF THE IMMACULATE HEART OF                 :
MARY,                                             :
                                                  :    Case No. 25-23180 (KYP)
                            Debtor.               :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 8th day of December, 2025, I served copies of:

- Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (A) Use its Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 4];

- Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Wages and Employee Benefits, (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto, and (III) Approving Payment of Postpetition Wages and Employee Benefits [Docket No. 5];

- Debtor's Motion for Entry of an Order (I) Extending the Debtor's Time to File Schedules and Statement of Financial Affairs, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief [Docket No. 8]; and

- Declaration of Theresa Nicholson, Trustee of the Debtor, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petition and First Day Motions [Docket No. 9];

- Amended Notice of Commencement of Chapter 11 Case and Hearing on First Day Motions [Docket No. 12];

by email upon the parties listed on **Schedule A**.

    3.      On the 8th day of December, 2025, I served copies of:

- Authorizing the Debtor to (A) Use its Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 4]; and

- Amended Notice of Commencement of Chapter 11 Case and Hearing on First Day Motions [Docket No. 12].

by email upon the parties listed on **Schedule B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 9, 2025

                                                */s/Kristen Strine*
                                                Kristen Strine

**Schedule A**

Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Barbara J. Hart
bhart@gelaw.com
Ken S. Massey
kmassey@gelaw.com
Samantha Breitner
sbreitner@gelaw.com
Irene Lax
ilax@gelaw.com
Samantha Breitner
sbreitner@gelaw.com

Marsh Law Firm PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
James R. Marsh
jamesmarsh@marsh.law
Jennifer Freeman
jenniferfreeman@marsh.law
Robert Lewis
Robertlewis@marsh.law

Pfau Cochran Vertetis Amala PLLC
120 Broadway,
26th Floor
New York, NY 10271
Lucas B. Franken
lfranken@pcvalaw.com
Mallory C. Allen
mallen@pcvalaw.com

Andrea B. Schwartz, Trial Attorney
Department of Justice
Office of the U.S. Trustee
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Rm. 534
New York, New York 10004
Andrea.B.Schwartz@usdoj.gov

**Schedule B**

Webster Bank, NA
360 Hamilton Avenue, 7th Floor
White Plains, New York 10601
Attn: Paul Sinno
psinno@websterbank.com

JPMorgan Chase Bank, N.A.
676 White Plains Road
Scarsdale, NY 10583
Attn: Nanette Ernst
Nanette.m.ernst@chase.com

OceanFirst Bank
80 Garth Road
Scarsdale, NY 10583
Attn: Shane Mills
smills@oceanfirst.com