**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11
                                                               :
CHURCH OF THE IMMACULATE HEART OF                              :
MARY,                                                          :
                                                               :    Case No. 25-23180 (KYP)
                                    Debtor.                    :
---------------------------------------------------------------x
```

**INTERIM ORDER (I) EXTENDING THE DEBTOR'S TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, (II) AUTHORIZING AND APPROVING SPECIAL NOTICING AND CONFIDENTIALITY PROCEDURES, AND (III) GRANTING RELATED RELIEF**

Upon the motion ("Motion")[1] of the above-captioned debtor and debtor in possession (the "Debtor") in the above-referenced Chapter 11 case (the "Chapter 11 Case") for entry of interim and final orders (the "Interim Order"): (i) extending the time within which the Debtor must file its schedule of assets and liabilities, schedule of executory contracts and unexpired leases, and statement of financial affairs (collectively, the "Schedules and SoFA"), (ii) authorizing and approving special noticing and confidentiality procedures to protect the identities and personal contact information of CVA Claimants and employees of the Debtor, and (iii) granting related relief; and this Court having jurisdiction to consider the Motion and the relief requested therein; and consideration of the Motion and the relief required being a core proceeding; and venue being proper before this Court; and the Court having reviewed the Motion and the First Day Declaration and having considered the statements of counsel and evidence adduced with respect to the Motion at the hearing on the Motion held before the Court on December 9, 2025 (the "Hearing"), the record of which is incorporated herein by reference; and due notice of the Motion and the Hearing having been given under the circumstances and it appearing that no other or further notice need be

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

given; and the Court having determined that just cause exists to grant the relief requested in the Motion and granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** on an interim basis as set forth herein.

2. The time within which the Debtor must file its Schedules and SOFA is extended fifteen (15) days, for a total period of twenty-nine (29) days from the Petition Date, through and including January 6, 2026, without prejudice to the Debtor's right to seek further extensions of such deadline from the Court upon a showing of cause therefore.

3. The following "Confidentiality Procedures" are hereby approved:

    a. the Debtor shall file on the docket of this Chapter 11 Case a copy of the Creditor Matrix, and any amended Creditor Matrices:

        i. redacting the names and addresses of the CVA Claimants and listing the contact information for counsel of record for each CVA Claimant to which all notices directed to the CVA Claimants are to be sent; and

        ii. redacting the addresses of any current or former employee of the Debtor, including, but not limited to, their addresses; *provided, however,* that the identity of current and former employees shall be provided;

    b. the Debtor shall provide unredacted copies of the Creditor Matrix, and any amended Creditor Matrices, within two (2) business days of the filing of such Creditor Matrix, or amended Creditor Matrices, to: (i) the Clerk of the Court; (ii) the U.S. Trustee; and (iii) any statutory creditors' committee(s) appointed in this Chapter 11 Case under Section 1102 of the Bankruptcy Code (the "<u>Creditors' Committee(s)</u>").  For purposes of this Motion, the Clerk of the Court, the U.S. Trustee, and the Creditors' Committee are collectively referred to as the "<u>Distribution Parties</u>";

    c. all documents filed in this Chapter 11 Case or any related adversary proceedings, including, without limitation, affidavits of service, and the Schedules and SoFA, shall be filed on the docket in redacted form in accordance with subparagraph (a) above;

    d. the Debtor shall, within two (2) business days of a request of any Distribution Party, provide to such Distribution Party an unredacted copy of any document filed on the docket of this Chapter 11 Case or any related adversary proceedings that have been redacted in accordance with these Confidentiality Procedures; and

    e. the Distribution Parties shall keep strictly confidential all copies of unredacted documents provided by the Debtor in accordance with subparagraphs (b) or (d) set forth above

4.     Notwithstanding the foregoing, the U.S. Trustee reserves all rights relating to the Confidentiality Procedures, including without limitation the right to object to the redaction of information concerning former employees of the Debtor, subject to entry of a final order concerning these procedures.

5.     A hearing (the "Final Hearing") to consider entry of an order granting the relief requested in the Motion on a final basis shall be held on January 6, 2026 at 3:00 p.m. (Eastern Time) before the Honorable Kyu Y. Paek at the United States Bankruptcy Court for the Southern District of New York, and any objections to entry of such an order shall be in writing, conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules for the Southern District of New York, and served upon (i) proposed attorneys to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036 (Attn: Sean C. Southard & Fred Stevens), and (ii) William K. Harrington, United States Trustee for Region 2, Department of Justice, Office of the U.S. Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004 (Attn: Andrea B. Schwartz, Esq.) so as to be actually received no later than 5:00 p.m. (EST) on December 30, 2025.

6.     Except as specifically outlined herein, the relief requested in the Motion is authorized subject to and until such relief is heard at the Final Hearing.

7.     The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Interim Order in accordance with the Motion.

8. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.



**Dated: December 10, 2025**
**Poughkeepsie, New York**

**/s/ Kyu Y. Paek**
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**