**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Church of the Immaculate Heart of Mary | CASE NO.: 25−23180−mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13−1740167, 13−2692776 | CHAPTER: 11 |

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Martin Glenn on December 8, 2025 for administration. Please style all future captions with the appropriate judicial suffix (mg ).

Dated: December 8, 2025                     Vito Genna
                                            Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 25-23180-mg |
| Church of the Immaculate Heart of Mary | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0208-7         User: admin         Page 1 of 2
Date Rcvd: Dec 08, 2025      Form ID: 144       Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Church of the Immaculate Heart of Mary, 8 Carman Road, Scarsdale, NY 10583-5933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2025 19:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 08 2025 19:06:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Dec 08 2025 19:06:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Dec 08 2025 19:06:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 08 2025 19:06:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Dec 08 2025 19:06:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Dec 08 2025 19:06:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Dec 08 2025 19:06:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 08, 2025 | Form ID: 144 | Total Noticed: 9 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lauren Catherine Kiss | on behalf of Debtor Church of the Immaculate Heart of Mary lkiss@klestadt.com |
| Sean C. Southard | on behalf of Debtor Church of the Immaculate Heart of Mary ssouthard@klestadt.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3