**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CHURCH OF THE IMMACULATE HEART OF MARY,<br><br>       Debtor. | Chapter 11<br><br>Case No. 25-23180-kyp<br><br>Hon. Kyu Young Paek<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of GRANT & EISENHOFER P.A., is hereby entering an appearance as counsel of record for CVA Claimants 1-3 & 5-9 in the above-captioned action.

Dated: December 11, 2025
   New York, New York

                Respectfully submitted,

              By: */s/ Barbara J. Hart*
               **GRANT & EISENHOFER P.A.**
               Barbara J. Hart, Esq.
               485 Lexington Avenue, 29th Floor
               New York, NY 10017
               Telephone: (646) 722-8500
               bhart@gelaw.com

               *Counsel for* CVA CLAIMANTS 1-3 & 5-9

**TO:**
KLESTADT WINTERS JURELLER
 SOUTHARD & STEVENS, LLP
Lauren Catherine Kiss, Esq.
Sean C. Southard. Esq.
200 West 41st Street
17th Floor
New York, NY 10036
Tel.: (212) 972-3000
lkiss@klestadt.com
ssouthard@klestadt.com

*Counsel for Debtor* CHURCH OF THE IMMACULATE HEART OF MARY