| Information to identify the case: | | |
|---|---|---|
| Debtor | Church of the Immaculate Heart of Mary <br> Name | EIN: 13–1740167, 13–2692776 |
| United States Bankruptcy Court  Southern District of New York | | Date case filed for chapter: 11  12/8/25 |
| Case number: 25–23180–kyp | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case
10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Church of the Immaculate Heart of Mary | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8 Carman Road <br> Scarsdale, NY 10583 | |
| 4. | **Debtor's attorney** <br> Name and address | Sean C. Southard <br> Klestadt Winters Jureller Southard & Stevens, LLP <br> 200 West 41st Street <br> 17th Fl. <br> New York, NY 10036 | Contact phone (212) 972–3000 <br><br> Email: ssouthard@klestadt.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Quarropas Street <br> White Plains, NY 10601 <br><br> Clerk of the Bankruptcy Court: <br> Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone 914–467–7250 <br><br> Date: 12/11/25 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **January 14, 2026 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Cell phones are not permitted in the Courthouse without an Attorney Secure Pass which can be obtained at the U.S. District Court Clerk's Office.** <br><br> For additional meeting information go to https://www.justice.gov/ust/ch11moc | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 161 1242 4438, and Passcode 8901234678, OR call 1 (202) 793–2740** |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)    **Notice of Chapter 11 Bankruptcy Case**    page 1

Debtor **Church of the Immaculate Heart of Mary**                                                                 Case number **25–23180–kyp**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. | |
| | Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** <br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 25-23180-kyp |
| Church of the Immaculate Heart of Mary | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 11, 2025 | Form ID: 309F1 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Church of the Immaculate Heart of Mary, 8 Carman Road, Scarsdale, NY 10583-5933 |
| aty | + | Lauren Catherine Kiss, Klestadt Winters Jureller, Southard & Stevens, LLP, 200 West 41st Street, 17th Floor New York, NY 10036-7219 |
| 8649164 | + | ALL COUNTY REMODELING, 445 BONNIE CT., YORKTOWN HEIGHTS, NY 10598-2001 |
| 8649165 | + | ARCHDIOCESE OF NEW YORK, 488 MADISON AVENUE, NEW YORK, NY 10022-5702 |
| 8649166 | + | ARCO PROTECTION SYSTEMS, INC., 532 MAIN STREET, POUGHKEEPSIE, NY 12601-3419 |
| 8649167 | + | BRENNAN PRIVATE ANSWERING SERVICE, 229 FIRST STEET, HOUMA, LA 70364-3203 |
| 8649169 | + | CHIARELLI'S, 1014 JERICHO TURNPIKE, NEW HYDE PARK, NY 11040-4605 |
| 8649170 | + | COLONIAL VILLAGE FLOWERS, 1497 WEAVER STREET, SCARSDALE, NY 10583-7018 |
| 8649172 | + | CONTROLLED COMBUSTION, 2377 WASHINGTON AVE, BRONX, NY 10458-7796 |
| 8649173 | + | CRYSTAL BLUE CLEANING, 200 CLEARBROOK RD, SUITE 134, ELMSFORD, NY 10523-1330 |
| 8649174 | + | CRYSTAL BLUE CLEANING SERVICE, INC., 200 CLEARBROOK RD, SUITE 134, ELMSFORD, NY 10523-1330 |
| 8649175 | + | CVA CLAIMANT 1, C/O GRANT & EISENHOFER P.A., 485 LEXINGTON AVENUE, 29TH FLOOR, NEW YORK, NY 10017-2631 |
| 8649176 | + | CVA CLAIMANT 2, C/O GRANT & EISENHOFER P.A., 485 LEXINGTON AVENUE, 29TH FLOOR, NEW YORK, NY 10017-2631 |
| 8649177 | + | CVA CLAIMANT 3, C/O GRANT & EISENHOFER P.A., 485 LEXINGTON AVENUE, 29TH FLOOR, NEW YORK, NY 10017-2631 |
| 8649179 | + | CVA CLAIMANT 5, C/O GRANT & EISENHOFER P.A., 485 LEXINGTON AVENUE, 29TH FLOOR, NEW YORK, NY 10017-2631 |
| 8649180 | + | CVA CLAIMANT 6, C/O GRANT & EISENHOFER P.A., 485 LEXINGTON AVENUE, 29TH FLOOR, NEW YORK, NY 10017-2631 |
| 8649181 | + | CVA CLAIMANT 7, C/O GRANT & EISENHOFER P.A., 485 LEXINGTON AVENUE, 29TH FLOOR, NEW YORK, NY 10017-2631 |
| 8649182 | + | CVA CLAIMANT 8, C/O GRANT & EISENHOFER P.A.., 485 LEXINGTON AVENUE, 29TH FLOOR, NEW YORK, NY 10017-2631 |
| 8649183 | + | CVA CLAIMANT 9, C/O GRANT & EISENHOFER P.A.., 485 LEXINGTON AVENUE, 29TH FLOOR, NEW YORK, NY 10017-2631 |
| 8649184 | + | DRP SOLUTIONS, 18 COMMERCE DRIVE, HAUPPAUGE, NY 11788-3975 |
| 8649186 | + | FEDERATION OF CATHOLIC TEACHERS, 2153 RICHMOND AVE., STATEN ISLAND, NY 10314-3926 |
| 8649187 | + | ICS CORP, PO BOX 28180, NEW YORK, NY 10087-8180 |
| 8649188 | + | IGNATIUS PRESS, PO BOX 1339, FORT COLLINS, CO 80522-1339 |
| 8649189 | + | INSTITUTIONAL COMMODITY SERVICES CORP., 1011 FIRST AVE., NEW YORK, NY 10022-4189 |
| 8649190 | | JILLEBA & LIBOCK CPAS LLC, 349 KINDERKAMACK ROAD, WESTWOOD, NJ 07675-1652 |
| 8649191 | + | JOHN F. JILLEBA CPA, 559 BROOK AVE., WESTWOOD, NJ 07675-5700 |
| 8649192 | + | JP MCHALE PEST MANAGEMENT, LLC, 241 BLEAKLEY AVE., BUCHANAN, NY 10511-1001 |
| 8649193 | + | LIEBMAN'S, 518 MAIN ST., NEW ROCHELLE, NY 10801-6306 |
| 8649194 | + | MARIO FORGIONE LTD, 193 BROOK ST., SCARSDALE, NY 10583-5453 |
| 8649196 | | MCGRAW HILL EDUCATION HOLDINGS, LLC, LOCK BOX 71545, CHICAGO, IL 60694-1545 |
| 8649197 | | MUTUAL OF AMERICA, PO BOX 70249, PHILADELPHIA, PA 19176-0249 |
| 8649198 | + | PARISH ASSISTANCE CORPORATION, 488 MADISON AVENUE, 3RD FLOOR, NEW YORK, NY 10022-5722 |
| 8649199 | + | PARISH PROPERTY MANAGEMENT, INC., 11 SEVENTH ST., PELHAM, NY 10803-1211 |
| 8649201 | + | PFAU COCHRAN VERTETIS AMALA PLLC, LUCAS FRANKEN AND MALLORY ALLEN, 120 BROADWAY, 26TH FLOOR, NEW YORK, NY 10271-0042 |
| 8649202 | + | PREMIER PEST MANAGEMENT, INC., PO BOX 672, YONKERS, NY 10702-0672 |
| 8649203 | + | QUADIENT LEASING USA INC., 478 WHEELERS FARMS ROAD, MILFORD, CT 06461-9139 |
| 8649204 | + | RITA MCCABE, 22 COLBY AVE., RYE, NY 10580-2508 |
| 8649205 | + | ROSE PRESS, 325 NORTH MACQUESTEN PARKWAY, MOUNT VERNON, NY 10550-1007 |
| 8649206 | + | SCARSDALE POLICE DEPARTMENT, 50 TOMPKINS RD., SCARSDALE, NY 10583-2800 |
| 8649209 | + | TELECOM VOIP, 2 DAVID DR., NORTH SALEM, NY 10560-3605 |
| 8649210 | + | TOWN OF SCARSDALE, 1001 POST RD., SCARSDALE, NY 10583-9908 |
| 8649211 | + | TRI STATE SUN CONTROL, 135 HAVEN AVE LOWER LEVEL, PORT WASHINGTON, NY 11050-3925 |
| 8649212 | + | UNITED AIR CONDITIONING, 80 S PLANK RD., NEWBURGH, NY 12550-3008 |
| 8649213 | + | UNITED METRO ENERGY, 500 KIGSLAND AVE., BROOKLYN, NY 11222-1925 |
| 8649215 | | WILLIAM SADLIER, PO BOX 11603, NEWARK, NJ 07101-5803 |

25-23180-kyp    Doc 30    Filed 12/13/25    Entered 12/14/25 00:09:16    Imaged
Certificate of Notice    Pg 4 of 5

| District/off: 0208-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: 309F1 | Total Noticed: 61 |

| 8649216 | + | ZEREGA MECHANICAL LLC, 1000 ZEREGA AVE, BRONX, NY 10462-5402 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ssouthard@klestadt.com | Dec 11 2025 19:01:00 | Sean C. Southard, Klestadt Winters Jureller Southard, & Stevens, LLP, 200 West 41st Street, 17th Fl., New York, NY 10036 |
| smg | | EDI: IRS.COM | Dec 12 2025 00:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Dec 11 2025 19:01:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 11 2025 19:01:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Dec 11 2025 19:01:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ | MEBN | Dec 11 2025 18:59:18 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8649168 | + | Email/Text: bankruptcy@brinksinc.com | Dec 11 2025 19:01:00 | BRINK'S INCORPORATED, 555 DIVIDEND DRIVE, COPPELL, TX 75019-4962 |
| 8649171 | ^ | MEBN | Dec 11 2025 18:59:16 | CONSOLIDATED EDISON, JAF STATION, PO BOX 1702, NEW YORK, NY 10116-1702 |
| 8649178 | | Email/Text: jamesmarsh@marsh.law | Dec 11 2025 19:01:00 | CVA CLAIMANT 4, C/O MARSH LAW FIRM PLLC, 31 HUDSON YARDS, 11TH FLOOR, NEW YORK, NY 10001-2170 |
| 8649195 | | Email/Text: jamesmarsh@marsh.law | Dec 11 2025 19:01:00 | MARSH LAW FIRM PLLC, 31 HUDSON YARDS, 11TH FLOOR, NEW YORK, NY 10001-2170 |
| 8649200 | | Email/Text: FACS_Support@paychex.com | Dec 11 2025 19:01:00 | PAYCHEX, 911 PANORAMA TRAIL, SOUTH ROCHESTER, NY 14625-2396 |
| 8649207 | + | Email/Text: Bankruptcy@TekCollect.com | Dec 11 2025 19:01:00 | TEK COLLECT, PO BOX 1269, COLUMBUS, OH 43216-1269 |
| 8649208 | + | Email/Text: Bankruptcy@TekCollect.com | Dec 11 2025 19:01:00 | TEKCOLLECT, PO BOX 1269, COLUMBUS, OH 43216-1269 |
| 8649185 | | EDI: USBANKARS.COM | Dec 12 2025 00:04:00 | ELAN FINANCIAL SERVICES, PO BOX 790408, SAINT LOUIS, MO 63179-0408 |
| 8649214 | | EDI: VERIZONCOMB.COM | Dec 12 2025 00:01:00 | VERIZON, PO BOX 15124, ALBANY, NY 12212-5124 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

25-23180-kyp    Doc 30    Filed 12/13/25    Entered 12/14/25 00:09:16    Imaged
Certificate of Notice    Pg 5 of 5

| District/off: 0208-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: 309F1 | Total Noticed: 61 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025           Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lauren Catherine Kiss | on behalf of Debtor Church of the Immaculate Heart of Mary lkiss@klestadt.com |
| Lauren Catherine Kiss | on behalf of Plaintiff Church of the Immaculate Heart of Mary lkiss@klestadt.com |
| Sean C. Southard | on behalf of Plaintiff Church of the Immaculate Heart of Mary ssouthard@klestadt.com |
| Sean C. Southard | on behalf of Debtor Church of the Immaculate Heart of Mary ssouthard@klestadt.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 5