**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CHURCH OF THE IMMACULATE HEART OF MARY,<br><br>                                                  Debtor. | Case No. 25-23180-kyp<br><br>Chapter 11<br><br>Hon. Kyu Young Paek<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the undersigned counsel hereby enters his appearance as counsel for CVA Claimant 4 in this case and, pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 1101, et seq., requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon such counsel at the following mailing and email address or fax number:

Jason P. Amala
Pfau Cochran Vertetis Amala PLLC
120 Broadway, 26th Floor
New York, NY 10271
Tel: (212) 300-2444
Fax: (206) 623-3624
jason@pcvalaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, statements of financial affairs, schedules of assets and liabilities, reports, letters and other papers, whether formal or informal, and whether transmitted or conveyed

by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise which affect or seek to affect in any way CVA Claimant 4's rights or interests in this case.

Dated: December 15, 2025              PFAU COCHRAN VERTETIS AMALA PLLC

By: */s/ Jason P. Amala*
Jason P. Amala
120 Broadway, 26th Floor
New York, NY 10271
(212) 300-2444
Email: jason@pcvalaw.com

*Attorneys for CVA Claimant 4*