**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                           :
                                                                : Chapter 11
CHURCH OF THE IMMACULATE HEART OF                               :
MARY,                                                           :
                                                                : Case No. 25-23180 (KYP)
                                              Debtor.           :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 17th day of December 2025, I served copies of the:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 26]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 17, 2025

                                                    */s/Kristen Strine*
                                                    Kristen Strine

**Schedule A**

| | |
|---|---|
| Laurie Adamo-Ricigliano<br>Address Redacted | Nancy Vericker<br>Address Redacted |
| Julie Casino<br>Address Redacted | Lisa Barone<br>Address Redacted |
| Teresa Corredor<br>Address Redacted | Diana Bravo<br>Address Redacted |
| Brianna R Covais<br>Address Redacted | Elisa Buckley<br>Address Redacted |
| Laura M Covais<br>Address Redacted | Sofia Cardamone<br>Address Redacted |
| Antonia Lagani Davila<br>Address Redacted | Patricia Casale<br>Address Redacted |
| Frank N DeSimone<br>Address Redacted | Angela Comblo<br>Address Redacted |
| JoAnn M Douglass<br>Address Redacted | Joan Cosentino<br>Address Redacted |
| Elizabeth L Farnum<br>Address Redacted | Nicholas DeGiorgio<br>Address Redacted |
| Joseph Macli<br>Address Redacted | Shannon Diaz<br>Address Redacted |
| Stephen M Ries<br>Address Redacted | Veronica Gayanelo<br>Address Redacted |
| Lizette Rosario<br>Address Redacted | Phillip Giackette<br>Address Redacted |
| Emily M Theisen<br>Address Redacted | Maria Gilbride<br>Address Redacted |
| Rayappa Reddy Thumma<br>Address Redacted | Tracey A Huvane<br>Address Redacted |
| Joanne Tormey<br>Address Redacted | Christina Jadoo<br>Address Redacted |

| | |
|---|---|
| Tracy R Keelin<br>Address Redacted | Jessica Pagni<br>Address Redacted |
| Margarita Lazri<br>Address Redacted | Ashleigh Petrell<br>Address Redacted |
| Lorraine Leone<br>Address Redacted | Annette Picoli<br>Address Redacted |
| Nicole Macchia<br>Address Redacted | Thomas Ramunno<br>Address Redacted |
| Alyssa Marranzino<br>Address Redacted | Christine Romano<br>Address Redacted |
| Angela Marranzino<br>Address Redacted | Joann Rubino<br>Address Redacted |
| Phyllis Nastasio<br>Address Redacted | Maria M Sannicandro<br>Address Redacted |
| Theresa Nicholson<br>Address Redacted | Amy Straehle<br>Address Redacted |
| Alison S O'Hanlon<br>Address Redacted | Kimberly Sullivan<br>Address Redacted |
| Stefanie Oliva<br>Address Redacted | Marie K Tedesco<br>Address Redacted |