**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Fred Stevens
Lauren C. Kiss
Andrew C. Brown

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                     :
                                                          :    Chapter 11
                                                          :
CHURCH OF THE IMMACULATE HEART OF         :
MARY,                                                     :
                                                          :    Case No. 25-23180 (MG)
                                        Debtor.           :
----------------------------------------------------------------x

## NOTICE OF JANUARY 6, 2026, HEARING

     **PLEASE TAKE NOTICE**, that in connection with the above-captioned Chapter 11 case, a hearing (the "Hearing") on case status and to consider the Debtor's motions listed below (collectively, the "Motions") has been scheduled for **January 6, 2026, at 3:00 p.m. (EST)** before the Honorable Judge Kyu Y. Paek, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

     **PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by no later than 4:00 p.m. (EST) two (2) business days before the Hearing. Parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be made by emailing the Court. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE**, that at the Hearing, the Debtor will move the Bankruptcy Court for entry of orders granting the relief requested in the following Motions on a final basis:

- Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (A) Use its Existing Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 4];

- Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Wages and Employee Benefits, (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto, and (III) Approving Payment of Postpetition Wages and Employee Benefits [Docket No. 5]; and

- Debtor's Motion for Entry of an Order (I) Extending the Debtor's Time to File Schedules and Statement of Financial Affairs, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief [Docket No. 8].

**PLEASE TAKE FURTHER NOTICE**, that at the Hearing, the Debtor will also move the Bankruptcy Court for entry of orders granting the relief requested in the following Motions:

- Debtor's Motion for Entry of an Order (I) Prohibiting Utility Providers From Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief [Docket No. 6];

- Debtor's Application for an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), Approving the Employment and Retention of Klestadt Winters Jureller Southard & Stevens, LLP as Attorneys for the Debtor, Effective as of the Petition Date [Docket No. 34]; and

- Debtor's Application for Entry of an Order Authorizing the Retention of John F. Jilleba CPA, PC as the Debtor's Accountant, Effective as of the Petition Date [Docket No. 35].

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motions, or any portion thereof (an "Objection"), shall be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and be filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601, on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format and served upon (i) proposed counsel to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard (Email: ssouthard@klestadt.com), and (ii) the Office of the U.S. Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, Attn: Andrea Schwartz, Esq. (Email:

Andrea.B.Schwartz@usdoj.gov), so as to be actually received no later than **5:00 p.m. on December 30, 2025** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE**, that only those Objections that are timely filed, served, and received by the Objection Deadline will be considered at the Hearing, and failure to file a timely Objection may result in entry of orders granting the relief requested in the Motions without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE**, that that copies of each of the Motions referenced herein, along with the exhibits thereto, are on file with the Office of the Clerk of the Bankruptcy Court at 355 Main Street, Poughkeepsie, New York 12601 and may be examined on the Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon request (Attn: Andrew C. Brown, Email: abrown@klestadt.com).

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned without further notice to any creditor or other party in interest other than by announcement of the adjourned date in open court at the Hearing.

Dated: New York, New York
December 19, 2025

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Fred Stevens
Lauren C. Kiss
Andrew C. Brown
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
fstevens@klestadt.com
lkiss@klestadt.com
abrown@klestadt.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*