**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re                                                                          :

                                      :    Chapter 11

CHURCH OF THE IMMACULATE HEART OF    :

MARY,                                                                        :

                                      :    Case No. 25-23180 (KYP)

                            Debtor.    :

----------------------------------------------------------------x

## DECLARATION OF SERVICE

       Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

       1.       I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

       2.       On the 19th day of December, 2025, I served copies of:

- Debtor's Motion for Entry of an Order Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief [Docket No. 6];

- Debtor's Application for and Order, Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), Approving the Employment and Retention of Klestadt Winters Jureller Southard & Stevens, LLP as Attorneys for the Debtor, Effective as of the Petition Date [Docket No. 34];

- Debtor's Application for Entry of an Order Authorizing the Retention of John F. Jilleba CPA, PC as the Debtor's Accountant, Effective as of the Petition Date [Docket No. 35]; and

- Notice of January 6, 2026, Hearing [Docket No. 36]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official

depository under the exclusive care and custody of the United States Postal Service within New

York State upon those parties listed on **Schedule A**.

3.        On the 19th day of December, 2025, I served copies of:

- Debtor's Motion for Entry of an Order Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief [Docket No. 6]; and

- Notice of January 6, 2026, Hearing [Docket No. 36]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official

depository under the exclusive care and custody of the United States Postal Service within New

York State upon those parties listed on **Schedule B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 22, 2025

*/s/Lily Nevins-Perle*
Lily Nevins-Perle

## Schedule A

Office of the United States Trustee - NY
Attn: Andrea Schwartz, Esq.
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

CVA Claimants 1-3, 5-9
c/o Grant & Eisenhofer P.A.
Attn: Barbara J. Hart & Gordon Z. Novod
485 Lexington Avenue, 29th Floor
New York, NY 10017

CVA Claimant 4
c/o Marsh Law Firm PLLC
Attn: James R. Marsh
31 Hudson Yards, 11th Floor
New York, NY 10001-2170

CVA Claimant 4
c/o Pfau Cochran Vertetis Amala PLLC
Attn: Jason P. Amala & Mallory C. Allen
120 Broadway, 26th Floor
New York, NY 10271

## **<u>Schedule B</u>**

Con Edison
P.O. Box 1702
New York, NY 10116

Verizon
P.O. Box 15124
Albany, NY 12212

TSCVOIP
2 David Drive
North Salem, NY 10560

United Metro Energy Corp
500 Kingsland Avenue
Brooklyn, NY 11222

Village of Scarsdale
1001 Post Road
Scarsdale, NY 10583