**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
CHURCH OF THE IMMACULATE HEART OF                :
MARY,                                            :
                                                 :    Case No. 25-23180 (KYP)
                        Debtor.                  :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 22nd day of December 2025, I served copies of the:

   - Order Scheduling Initial Case Conference [Docket No. 37]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 22, 2025

                                    */s/Kristen Strine*
                                    Kristen Strine

1

## Schedule A

| | |
|---|---|
| Office of the United States Trustee - NY<br>Andrea Schwartz, Esq.<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | CVA Claimants 1-3, 5-9<br>c/o Grant & Eisenhofer P.A.<br>Barbara J. Hart and Gordon Z. Novod<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 |
| CVA Claimant 4<br>c/o Marsh Law Firm PLLC<br>James R. Marsh<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170 | CVA Claimant 4<br>c/o Pfau Cochran Vertetis Amala PLLC<br>Jason P. Amala and Mallory C. Allen<br>120 Broadway, 26th Floor<br>New York, NY 10271 |