**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Fred Stevens
Lauren C. Kiss
Andrew C. Brown

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                         :
                                                              :
CHURCH OF THE IMMACULATE HEART OF      :    Chapter 11
MARY,                                                    :
                                                              :    Case No. 25-23180 (KYP)
                                       Debtor.      :
---------------------------------------------------------------x

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR TUESDAY, JANUARY 6, 2026 AT 3:00 P.M. (EST)**

**I.    Order Scheduling Initial Case Conference [Docket No. 37]**

Related Documents:

1. Declaration of Service for Order Scheduling Initial Case Conference [Docket No. 39]

**II.    Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (A) Use its Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 4]**

Related Documents:

1. Exhibit A – Proposed Interim Order Authorizing the Debtor to (A) Continue to Use its Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 4-1]

1

    2.    Exhibit B – Proposed Final Order Authorizing the Debtor to (A) Continue to Use its Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 4-2]

    3.    Declaration of Theresa Nicholson, Trustee of the Debtor, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petition and First Day Motions [Docket No. 9]

    4.    Declaration of Service re Docket No. 4 [Docket No. 16]

    5.    Interim Order Authorizing the Debtor to (A) Continue to Use its Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 21]

    6.    Declaration of Service re Docket No. 21 [Docket No. 29]

    7.    Notice of January 6, 2026 Hearing [Docket No. 36]

    8.    Declaration of Service re Docket No. 36 [Docket No. 38]

**III.**     **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Wages and Employee Benefits; (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto; and (III) Approving Payment of Postpetition Wages and Employee Benefits [Docket No. 5]**

    Related Documents:

    1.    Exhibit A – Proposed Interim Order (I) Authorizing Payment of Prepetition Wages and Employee Benefits; (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto; and (III) Approving Payment of Postpetition Wages and Employee Benefits [Docket No. 5-1]

    2.    Exhibit B – Proposed Final Order (I) Authorizing Payment of Prepetition Wages and Employee Benefits; (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto; and (III) Approving Payment of Postpetition Wages and Employee Benefits [Docket No. 5-2]

    3.    Declaration of Theresa Nicholson, Trustee of the Debtor, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petition and First Day Motions [Docket No. 9]

    4.    Declaration of Service re Docket No. 5 [Docket No. 16]

      5.      Interim Order (I) Authorizing Payment of Prepetition Wages and Employee Benefits; (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto; and (III) Approving Payment of Postpetition Wages and Employee Benefits [Docket No. 22]

      6.      Notice of January 6, 2026 Hearing [Docket No. 36]

      7.      Declaration of Service re Docket No. 36 [Docket No. 38]

**IV.  Debtor's Motion for Entry of an Order (I) Extending the Debtor's Time to File Schedules and Statement of Financial Affairs, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief [Docket No. 8]**

    Related Documents:

      1.      Exhibit A – Proposed Interim Order (I) Extending the Debtor's Time to File Schedules and Statement of Financial Affairs, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief [Docket No. 8-1]

      2.      Exhibit B – Proposed Final Order (I) Extending the Debtor's Time to File Schedules and Statement of Financial Affairs, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief [Docket No. 8-2]

      3.      Declaration of Theresa Nicholson, Trustee of the Debtor, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petition and First Day Motions [Docket No. 9]

      4.      Declaration of Service re Docket No. 8 [Docket No. 16]

      5.      Interim Order (I) Extending the Debtor's Time to File Schedules and Statement of Financial Affairs, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief [Docket No. 23]

      6.      Notice of January 6, 2026 Hearing [Docket No. 36]

      7.      Declaration of Service re Docket No. 36 [Docket No. 38]

V. **Debtor's Motion for Entry of an Order Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief [Docket No. 6]**

   Related Documents:

   1. Exhibit A – Proposed Order (I) Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief [Docket No. 6-1]

   2. Exhibit B – Utility Provider List [Docket No. 6-2]

   3. Declaration of Theresa Nicholson, Trustee of the Debtor, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petition and First Day Motions [Docket No. 9]

   4. Notice of January 6, 2026 Hearing [Docket No. 36]

   5. Declaration of Service re Docket No. 6 and Docket No. 36 [Docket No. 38]

VI. **Debtor's Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), Approving the Employment and Retention of Klestadt Winters Jureller Southard & Stevens, LLP as Attorneys for the Debtor, Effective as of the Petition Date [Docket No. 34]**

   Related Documents:

   1. Exhibit A – Proposed Order Authorizing the Employment and Retention of Klestadt Winters Jureller Southard & Stevens, LLP as Attorneys for the Debtor, Effective as of the Petition Date [Docket No. 34-1]

   2. Exhibit B – Declaration of Sean C. Southard in Support of the Debtor's Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), Approving the Employment and Retention of Klestadt Winters Jureller Southard & Stevens, LLP as Attorneys for the Debtor, Effective as of the Petition Date [Docket No. 34-2]

   3. Notice of January 6, 2026 Hearing [Docket No. 36]

   4.  Declaration of Service re Docket No. 34 and Docket No. 36 [Docket No. 38]

**VII.**  **Debtor's Application for Entry of an Order Authorizing the Retention of John F. Jilleba CPA, PC as the Debtor's Accountant, Effective as of the Petition Date [Docket No. 35]**

 Related Documents:

   1.  Exhibit A – Declaration of John F. Jilleba in Support of the Debtor's Application for Entry of an Order Authorizing the Retention of John F. Jilleba CPA, PC as the Debtor's Accountant, Effective as of the Petition Date [Docket No. 35-1]

   2.  Exhibit B – Proposed Order Authorizing the Employment and Retention of John F. Jilleba CPA, PC as the Debtor's Accountant, Effective as of the Petition Date [Docket No. 35-2]

   3.  Notice of January 6, 2026 Hearing [Docket No. 36]

   4.  Declaration of Service re Docket No. 35 and Doc. No. 36 [Docket No. 38]

Dated: New York, New York
   January 6, 2026

            **KLESTADT WINTERS JURELLER**
            **SOUTHARD & STEVENS, LLP**

         By: */s/ Sean C. Southard*
            Sean C. Southard
            Fred Stevens
            Lauren C. Kiss
            Andrew C. Brown
            200 West 41st Street, 17th Floor
            New York, New York 10036
            Tel: (212) 972-3000
            Fax: (212) 972-2245
            Email: ssouthard@klestadt.com
               fstevens@klestadt.com
               lkiss@klestadt.com
               abrown@klestadt.com

            *Proposed Counsel to the Debtor and Debtor-in-Possession*