**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                                    :

                                                                         :          Chapter 11

CHURCH OF THE IMMACULATE HEART OF           :
MARY,                                                             :

                                                                         :          Case No. 25-23180 (KYP)

                                                      Debtor.      :

---------------------------------------------------------------x

### EXPLANATORY NOTES TO DEBTOR'S SCHEDULES OF
### ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

On December 8, 2025 (the "Petition Date"), Church of the Immaculate Heart of Mary, the above-captioned debtor and debtor-in-possession (the "Debtor") in the above-referenced chapter 11 case (the "Chapter 11 Case") filed a voluntary petition under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the Chapter 11 Case before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court" or the "Court") [Docket No. 1]. The Debtor has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") with the Bankruptcy Court. The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statement in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007–1 of the Bankruptcy Local Rules for the Southern District of New York.

Theresa Nicholson, Trustee of the Debtor, has signed the Schedules and Statement. Ms. Nicholson is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statement, Ms. Nicholson has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal and financial advisors. Ms. Nicholson has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor contact information.

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves all of its rights, including to amend and/or supplement the Schedules and Statement, as may be necessary or appropriate.

The Debtor and its agents, attorneys, and accountants do not guarantee or warrant the accuracy or completeness of the data that is provided herein and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.   While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.    The Debtor and its agents, attorneys, and accountants expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.

Disclosure of information in one or more Schedules, the Statement, or one or more exhibits or attachments to the Schedules or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

These *Explanatory Notes to Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (these "Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statement.   These Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement.   In the event that the Schedules and/or Statement differ from these Notes, the Notes control.

## Explanatory Notes

### 1.    Reservation of Rights.

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, as noted above, inadvertent errors or omissions may exist.   The Debtor reserves all rights to: (i) amend and/or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statement with respect to the description or designation of any claim ("Claim")[1]; (ii) dispute or otherwise assert offsets, setoffs, or other defenses to any Claim reflected in the Schedules  and Statement as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether of such Claim is designated in the Schedules and Statement as "disputed," "contingent," or "unliquidated").   Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated" or a waiver of any right to later object to any claim on any grounds.   Listing a Claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, in each case, by the Debtor against which the Claim is listed or against the Debtor. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to the Debtor's Chapter 11 Case, including, without limitation, issues involving or

---

[1] For the purposes of these Notes, the term Claim shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

defenses against Claims, defenses, statutory, or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation or rights contained elsewhere in the Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

(a)    **No Admission.**  Nothing contained in the Schedules and Statement is intended as, or should be construed as, an admission or stipulation of the validity of any Claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any Claim or assert any cause of action or defense against any party.

(b)    **Recharacterization.**  The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement.  Nevertheless, due to the complexity of the Debtor's business, the Debtor may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c)    **Classifications.**  Listing (i) a Claim on Schedule E/F as "priority" or "unsecured," or (ii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to object to such claim, recharacterize or reclassify such Claim or contract or to setoff such Claims.

(d)    **Estimates and Assumptions.**  The preparation of the Schedules and Statement required the Debtor to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

(e)    **Causes of Action.**  Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in their Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtor reserves all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or

3

character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have (collectively, "Causes of Action"), and neither the Notes nor the Schedules and Statement shall be deemed a waiver of any such Claims, Causes of Action, or avoidance actions or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**2.      Methodology.**

(a)      **Basis of Presentation.**  Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements.  The Schedules and Statement have not, however, been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and are not intended to reconcile fully with any financial statements of the Debtor prepared under GAAP.  For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtor's enterprise value.  The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.

(b)      **Confidential or Sensitive Information.**  There may be instances in which certain information in the Schedules and Statement intentionally has been redacted due to, among other things, the nature of an agreement between a Debtor and a third party, local restrictions on disclosure, concerns about the confidential nature of certain information, or concerns for the privacy of an individual (including minors). The alterations will be limited to only what is necessary to protect the Debtor or applicable third party.  The Debtor may also be authorized or required to redact certain information from the public record pursuant to orders of the Court sealing or otherwise protecting such information from public disclosure, including the Court's *Interim Order (I) Extending the Debtor's Time to File Schedules and Statement of Financial Affairs, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 23], which authorized the Debtor to (a) redact the names and addresses of the CVA Claimants and list the contact information for counsel of record for each CVA Claimant to which all notices directed to the CVA Claimants are to be sent and (b) redact the addresses of any current or former employee of the Debtor.

(c)      **Net Book Value.**  In certain instances, current market valuations for certain assets are neither maintained by, nor readily available to, the Debtor.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values. Market values may vary, sometimes materially, from net book values.  The Debtor believes that it would be an inefficient use of estate assets for the Debtor to obtain the current market values of its property.  Accordingly, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are unknown.

4

(d)    **Allocation of Liabilities**.  The Debtor, in consultation with its advisors, has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtor reserves the right to amend and/or supplement the Schedules and Statement as it deems appropriate in this regard.

(e)    **Unknown Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.  Certain amounts may be clarified during the course of the Chapter 11 Case.

(f)    **Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated."

(g)    **Totals**.  All totals that are included in the Schedules and Statement represent totals of all the known amounts included in the Schedules and Statement.  The asset information provided in the Schedules and Statement, except as otherwise noted, represents the asset data of the Debtor as of the close of business on December 8, 2025, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of the close of business on December 8, 2025.  To the extent there are unknown or undetermined amounts, these will not be listed in the totals.

(h)    **Paid Claims**.  Pursuant to certain orders of the Court entered in the Debtor's Chapter 11 Case entered shortly after the Petition Date (collectively, the "First Day Orders") as well as other orders of the Court, the Debtor has authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they may not listed in the Schedules and Statement, unless otherwise indicated.  Regardless of whether such claims are listed in the Schedules and Statement, to the extent the Debtor later pays any amount of the claims listed in the Schedules and Statement pursuant to any orders entered by the Court, the Debtor reserves all rights to amend or supplement the Schedules and Statement or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest such payment.

### Specific Disclosures with Respect to the Debtor's Schedules and Statement

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of the close of business on December 8, 2025, unless otherwise noted below.

**Schedule E/F**.  Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F.  Furthermore, claims listed on Schedule E/F may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained through the Debtor's reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Church of the Immaculate Heart of Mary**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-23180**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **9/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | See Attached Rider |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **9/01/2025** to **Filing Date** | **Other** | See Attached Rider |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See attached rider** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Church of the Immaculate Heart of Mary** | | Case number *(if known)* | **25-23180** |
|---|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Father Stephen Ries**<br>**Address Redacted**<br>**Pastor** | **8/27/2025, 8/29/2025, 9/2/2025, 9/15/2025, 9/30/2025, 10/2/2025, 10/15/2025, 10/17/2025, 10/29/2025, 10/31/2025, 11/2/2025, 11/5/2025, 11/14/2025, 11/19/2025, 11/28/2025, 12/1/2025, 12/3/2025,** | **$39,870.66** | **Reimbursement for groceries, household supplies, office supplies, meals, supplies, MTA Metro, and pastor suite furniture, mass stipend, and salary** |
| 4.2. **Monsignor Luke Sweeney**<br>**Address Redacted**<br>**Former Pastor** | **12/31/2024, 1/31/2025, 2/28/2025, 3/7/2025, 3/31/2025, 4/15/2025, 4/23/2025, 4/30/2025, 5/9/2025, 5/15/2025, 5/30/2025, 6/13/2025, 6/30/2025, 7/9/2025, 7/15/2025, 7/17/2025, 7/30/2025, 7/31/2025, 8/14/2025, 11/10/2025, 12/1/2025, 12/11/2024, 12/18/2024,** | **$62,435.11** | **Reimbursement - grocery, meals, office expenses, household expenses, and mass stipend and salary** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

| Debtor | Church of the Immaculate Heart of Mary | Case number *(if known)* | 25-23180 |
|---|---|---|---|

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **CVA Claimant 1 v Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of New York**<br>**60 Centre St**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **CVA Claimant 2 v. Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of Westchester**<br>**111 Dr. Martin Luther King Jr Blvd**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **CVA Claimant 3 v. Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of Westchester**<br>**111 Dr. Martin Luther King Jr Blvd**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **CVA Claimant 4 v. Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of New York**<br>**60 Centre St**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **CVA Claimant 5 v. Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of Westchester**<br>**111 Dr. Martin Luther King Jr Blvd**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **CVA Claimant 6 v. Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of Westchester**<br>**111 Dr. Martin Luther King Jr Blvd**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Church of the Immaculate Heart of Mary**                              Case number *(if known)* **25-23180**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7. **CVA Claimant 7 v. Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of Westchester**<br>**111 Dr. Martin Luther King Jr Blvd**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **CVA Claimant 8 v. Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of Westchester**<br>**111 Dr. Martin Luther King Jr Blvd**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **CVA Claimant 9 v. Archdiocese of New York, et al.** | **Child Victim's Act** | **Supreme Court of the State of New York**<br>**County of Westchester**<br>**111 Dr. Martin Luther King Jr Blvd**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 . **List of cases that have concluded within the past year are redacted** | | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Alzheimers Foundation**<br>**322 8th Avenue**<br>**New York, NY 10001** | **Charitable Donation** | **10/29/2024** | **$2,290.00** |
| **Recipients relationship to debtor** | | | |
| 9.2. **Tunnels to Towers**<br>**2361 Hylan Blvd.**<br>**Staten Island, NY 10306** | **Charitable Donation** | **10/25/2024, 10/2/2025** | **$60,942.66** |
| **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Church of the Immaculate Heart of Mary**                                                    Case number (if known)    **25-23180**

---

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Klestadt Winters Jureller Southard & Stevens, LLP 200 West 41st Street, 17th Floor New York, NY 10036** | | **12/5/2025** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

| Debtor | Church of the Immaculate Heart of Mary | Case number (if known) | 25-23180 |

---

<table>
<tr><td>Part 8:</td><td>Health Care Bankruptcies</td></tr>
</table>

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<table>
<tr><td>Part 9:</td><td>Personally Identifiable Information</td></tr>
</table>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Church - names, birthdays, addresses, phone numbers, sacraments received**
**School - birthdays and social security numbers for students**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

<table>
<tr><td>Part 10:</td><td>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</td></tr>
</table>

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Webster Bank 2143 Central Park Avenue Yonkers, NY 10710 | XXXX-8201 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 2023 | $0.00 |
| 18.2. | Webster Bank 2143 Central Park Avenue Yonkers, NY 10710 | XXXX-5801 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | November 24, 2024 | $0.00 |

Debtor    **Church of the Immaculate Heart of Mary**                                   Case number *(if known)*    **25-23180**

| | **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|---|
| 18.3. | **Webster Bank**<br>**2143 Central Park Avenue**<br>**Yonkers, NY 10710** | **XXXX-3101** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 24, 2024** | **$0.00** |
| 18.4. | **Webster Bank**<br>**2143 Central Park Avenue**<br>**Yonkers, NY 10710** | **XXXX-1701** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 17, 2024** | **$0.00** |
| 18.5. | **Webster Bank**<br>**2143 Central Park Avenue**<br>**Yonkers, NY 10710** | **XXXX-1201** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2023** | **$0.00** |
| 18.6. | **Webster Bank**<br>**2143 Central Park Avenue**<br>**Yonkers, NY 10710** | **XXXX-7401** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 24, 2025** | **$0.00** |
| 18.7. | **OceanFirst Bank**<br>**80 Garth Park Avenue**<br>**Scarsdale, NY 10583** | **XXXX-3376** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 15, 2024** | **$0.00** |
| 18.8. | **OceanFirst Bank**<br>**80 Garth Road**<br>**Scarsdale, NY 10583** | **XXXX-4805** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 4, 2025** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Church of the Immaculate Heart of Mary**                                  Case number *(if known)*  **25-23180**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

■ None

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | **Church of the Immaculate Heart of Mary** | Case number *(if known)* | **25-23180** |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **John F. Jilleba CPA** <br> **Address Redacted** | 2023 - present |
| 26a.2. | **Nataly Elizabeth Tissoni** <br> **Address Redacted** | 2023 - present |
| 26a.3. | **Frederick Jilleba** <br> **Address Redacted** | 2023 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **John F. Jilleba CPA** <br> **Address Redacted** | 2023 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **John F. Jilleba CPA** <br> **Address Redacted** | |
| 26c.2. | **Nataly Elizabeth Tissoni** <br> **Address Redacted** | |
| 26c.3. | **Frederick Jilleba** <br> **Address Redacted** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Church of the Immaculate Heart of Mary**                              Case number *(if known)*    **25-23180**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Stephen M Ries | Address redacted | Pastor | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Monsignor Luke Michael Sweeney | Address Redacted | Former Pastor | September 1, 2020 through August 1, 2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Please refer to Statement of Financial Affairs Question 4** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| **Archdiocesan Pension Plan sponsored by the Archdiocese of New York** | EIN:    13-3089351 |
| **Association of Catholic Schools Retirement Income Plan sponsored by the Department of Education, Archdiocese of New York** | EIN:    13-2669134 |

**Fill in this information to identify the case:**

Debtor name    **Church of the Immaculate Heart of Mary**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-23180**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 6, 2026**

**/s/ Theresa Nicholson**
Signature of individual signing on behalf of the debtor

**Theresa Nicholson**
Printed name

Position or relationship to debtor    **Trustee**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

NO

YES

Debtor Name:  Church of the Immaculate Heart of Mary          Case No. 25-23180 (KYP)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Part 1, Question 1:  Gross Revenue from Business

Part 1, Question 2:  Non-business revenue

| From Date | To Date | Description of Revenue | Gross Revenue |
|---|---|---|---|
| 9/1/2025 | 12/8/2025 | Regular Collections – In Parish | $144,709.00 |
| 9/1/2025 | 12/8/2025 | Regular Collections – Online | $107,420.95 |
| 9/1/2025 | 12/8/2025 | Holiday Collections – In Parish | $2,811.09 |
| 9/1/2025 | 12/8/2025 | Rental Income – Convent Building | $1,600.00 |
| 9/1/2025 | 12/8/2025 | Votive, Shrines & Candles | $9,386.50 |
| 9/1/2025 | 12/8/2025 | Perquisites | $11,621.39 |
| 9/1/2025 | 12/8/2025 | Catechetical Income | $191,955.70 |
| 9/1/2025 | 12/8/2025 | Fundraising Programs | $32,355.75 |
| 9/1/2025 | 12/8/2025 | Donations and Bequests | $41,964.00 |
| 9/1/2025 | 12/8/2025 | Interest and Dividends | $1,901.73 |
| 9/1/2025 | 12/8/2025 | FEMA Funds | $114,100.78 |
| 9/1/2025 | 12/8/2025 | Temporary Restricted Contributions | $38,893.97 |
| 9/1/2025 | 12/8/2025 | Temporary Restricted Interest | $1,599.12 |
| | | **Total:** | $700,319.98 |

| From Date | To Date | Description of Revenue | Gross Revenue |
|---|---|---|---|
| 9/1/2024 | 8/31/2025 | Regular Collections – In Parish | $646,123.67 |
| 9/1/2024 | 8/31/2025 | Regular Collections – Online | $413,788.86 |
| 9/1/2024 | 8/31/2025 | Holiday Collections – In Parish | $321,802.88 |
| 9/1/2024 | 8/31/2025 | Holiday Collections – Online | $521.89 |
| 9/1/2024 | 8/31/2025 | Christmas Collection – Online | $8,378.33 |
| 9/1/2024 | 8/31/2025 | Rental Income – Convent Building | $9,600.00 |
| 9/1/2024 | 8/31/2025 | Votive, Shrines & Candles | $26,393.50 |
| 9/1/2024 | 8/31/2025 | Perquisites | $26,849.34 |
| 9/1/2024 | 8/31/2025 | Catechetical Income | $201,307.39 |
| 9/1/2024 | 8/31/2025 | Cardinal's Appeal | $48,556.57 |
| 9/1/2024 | 8/31/2025 | Fundraising Programs | $86,410.82 |
| 9/1/2024 | 8/31/2025 | Donations and Bequests | $53,774.88 |
| 9/1/2024 | 8/31/2025 | Interest and Dividends | $9,314.42 |
| 9/1/2024 | 8/31/2025 | Temporary Restricted Contributions | $131,455.80 |
| 9/1/2024 | 8/31/2025 | Temporary Restricted Interest | $12,736.52 |
| 9/1/2024 | 8/31/2025 | Renew & Rebuild | $795.00 |
| | | **Total:** | **$1,997,809.87** |

| From Date | To Date | Description of Revenue | Gross Revenue |
|---|---|---|---|
| 9/1/2023 | 8/31/2024 | Regular Collections – In Parish | $623,947.61 |
| 9/1/2023 | 8/31/2024 | Regular Collections – Online | $383,139.96 |
| 9/1/2023 | 8/31/2024 | Holiday Collections – In Parish | $295,872.06 |
| 9/1/2023 | 8/31/2024 | Holiday Collections – Online | $4,702.10 |
| 9/1/2023 | 8/31/2024 | Christmas Collection – Online | $1,227.73 |
| 9/1/2023 | 8/31/2024 | Rental Income – Convent Building | $11,600.00 |
| 9/1/2023 | 8/31/2024 | Votive, Shrines & Candles | $25,921.80 |
| 9/1/2023 | 8/31/2024 | Perquisites | $41,597.23 |
| 9/1/2023 | 8/31/2024 | Catechetical Income | $160,925.07 |
| 9/1/2023 | 8/31/2024 | Cardinal's Appeal | $35,322.77 |
| 9/1/2023 | 8/31/2024 | Fundraising Programs | $63,829.97 |
| 9/1/2023 | 8/31/2024 | Donations and Bequests | $392,915.05 |
| 9/1/2023 | 8/31/2024 | Interest and Dividends | $10,997.01 |
| 9/1/2023 | 8/31/2024 | Temporary Restricted Contributions | $138,894.94 |
| 9/1/2023 | 8/31/2024 | Temporary Restricted Interest | $33,268.87 |
| 9/1/2023 | 8/31/2024 | Renew & Rebuild | $3,732.51 |
| 9/1/2023 | 8/31/2024 | Process from insurance reimbursement | $9,980.00 |
| | | **Total:** | **$2,237,874.68** |

Debtor Name:  Church of the Immaculate Heart of Mary          Case No. 25-23180 (KYP)

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Part 2, Question 3, Payments to Creditors Within 90 Days Prior to the Petition Date

| Creditor Name and Address | Check Number/Electronic Fund Transfer | Check Date or Electronic Transfer Fund Date | Reason for Payment | Amount Paid |
|---|---|---|---|---|
| | | | | |
| Archdiocese of NY | 6055 | 9/30/2025 | Consolidated Bill | $130,000.00 |
| 488 Madison Ave | EFT10032025 | 10/3/2025 | Consolidated Bill | $37,626.81 |
| New York, NY 10022 | EFT10032025 | 10/3/2025 | Consolidated Bill | $49,665.97 |
| | EFT10302025 | 10/30/2025 | Consolidated Bill | $37,606.09 |
| | EFT11072025 | 11/7/2025 | Consolidated Bill | $57,016.31 |
| | EFT11192025 | 11/19/2025 | Consolidated Bill | $37,573.27 |
| | | | Total: | $349,488.45 |
| | | | | |
| Archdiocese of NY | 50312 | 11/19/2025 | Special Collection | $5,002.75 |
| 488 Madison Ave | 50313 | 11/19/2025 | Special Collection | $5,387.27 |
| New York, NY 10022 | 50358a | 12/8/2025 | Special Collection | $4,815.26 |
| | 50359a | 12/8/2025 | Special Collection | $861.46 |
| | 50360a | 12/8/2025 | Special Collection | $3,325.06 |
| | | | Total: | $19,391.80 |
| | | | | |
| Carol Anne Coviello | 5950 | 9/24/2025 | Tuition Refund | $17,727.76 |
| | | | | |
| Con Ed | EFT10022025a | 10/2/2025 | Utility Services | $60.92 |
| JAF Station P O Box 1702 | EFT10172025a | 10/17/2025 | Utility Services | $60.18 |
| NY, NY, 10116-1702 | EFT12032025 | 12/3/2025 | Utility Services | $64.90 |
| | EFT10022025a | 10/2/2025 | Utility Services | $8,541.62 |
| | EFT10172025a | 10/17/2025 | Utility Services | $7,315.92 |
| | EFT12032025a | 12/3/2025 | Utility Services | $643.68 |

| Creditor Name and Address | Check Number/Electronic Fund Transfer | Check Date or Electronic Transfer Fund Date | Reason for Payment | Amount Paid |
|---|---|---|---|---|
| | EFT12032025a | 12/3/2025 | Utility Services | $274.16 |
| | EFT12032025a | 12/3/2025 | Utility Services | $274.16 |
| | EFT12032025a | 12/3/2025 | Utility Services | $4,013.80 |
| | EFT10022025 | 10/2/2025 | Utility Services | $193.73 |
| | EFT10172025b | 10/17/2025 | Utility Services | $199.55 |
| | EFT12032025b | 12/3/2025 | Utility Services | $377.56 |
| | EFT10022025b | 10/2/2025 | Utility Services | $1,192.00 |
| | EFT10172025 | 10/17/2025 | Utility Services | $1,192.00 |
| | EFT10022025 | 10/2/2025 | Utility Services | $166.58 |
| | EFT10172025 | 10/17/2025 | Utility Services | $160.39 |
| | EFT12032025 | 12/3/2025 | Utility Services | $181.86 |
| | | | Total: | $24,913.01 |
| | | | | |
| Controlled Combustion | 867 | 11/20/2025 | Boiler Repairs | $7,235.00 |
| 2377 Washington Avenue | 866 | 11/20/2025 | Boiler Repairs | $3,525.00 |
| Bronx, NY 10458 | 870 | 12/5/2025 | Boiler Repairs | $2,795.00 |
| | | | Total: | $13,555.00 |
| | | | | |
| Crystal Blue Cleaning Services, Inc | 5942 | 9/17/2025 | Cleaning Services | $7,530.01 |
| 200 Clearbrook Rd, Ste 134 | 6048 | 11/26/2025 | Cleaning Services | $376.35 |
| Elmsford, NY 10523 | 6013 | 10/23/2025 | Cleaning Services | $7,530.01 |
| | 6036 | 11/19/2025 | Cleaning Services | $7,530.01 |
| | | | Total: | $22,966.38 |
| | | | | |
| CYO | 1749 | 10/29/2025 | Basketball league fees | $21,299.00 |
| St. Joseph Seminary | | | | |
| 201 Seminary Avenue | | | | |
| Yonkers, NY 10704 | | | | |
| | | | | |
| Elan Financial Services | 50225 | 9/17/2025 | Credit Card Bill | $43.34 |
| P.O. Box 790408 | 50225 | 9/17/2025 | Credit Card Bill | $1,250.30 |
| St Louis, Mo, 63179-0408 | 50225 | 9/17/2025 | Credit Card Bill | $223.64 |
| | 50225 | 9/17/2025 | Credit Card Bill | $58.00 |

| Creditor Name and Address | Check Number/Electronic Fund Transfer | Check Date or Electronic Transfer Fund Date | Reason for Payment | Amount Paid |
|---|---|---|---|---|
| | 50225 | 9/17/2025 | Credit Card Bill | $265.19 |
| | 50225 | 9/17/2025 | Credit Card Bill | $151.80 |
| | 50225 | 9/17/2025 | Credit Card Bill | $497.89 |
| | 50225 | 9/17/2025 | Credit Card Bill | $60.00 |
| | EFT09172025 | 9/17/2025 | Credit Card Bill | $6,801.49 |
| | EFT09172025 | 9/17/2025 | Credit Card Bill | $1,482.00 |
| | EFT09172025 | 9/17/2025 | Credit Card Bill | $1,163.72 |
| | EFT09172025 | 9/17/2025 | Credit Card Bill | $1,004.65 |
| | EFT09172025 | 9/17/2025 | Credit Card Bill | $65.98 |
| | EFT09172025 | 9/17/2025 | Credit Card Bill | $26.99 |
| | EFT09172025 | 9/17/2025 | Credit Card Bill | $199.00 |
| | EFT09172025 | 9/17/2025 | Credit Card Bill | $258.88 |
| | 50268 | 10/23/2025 | Credit Card Bill | $43.34 |
| | 50268 | 10/23/2025 | Credit Card Bill | $79.95 |
| | 50268 | 10/23/2025 | Credit Card Bill | $871.49 |
| | 50268 | 10/23/2025 | Credit Card Bill | $58.00 |
| | 50268 | 10/23/2025 | Credit Card Bill | $1,265.14 |
| | 50268 | 10/23/2025 | Credit Card Bill | $19.17 |
| | 50268 | 10/23/2025 | Credit Card Bill | $29.33 |
| | 50268 | 10/23/2025 | Credit Card Bill | $3,708.55 |
| | 50268 | 10/23/2025 | Credit Card Bill | $72.36 |
| | 50268 | 10/23/2025 | Credit Card Bill | $795.15 |
| | EFT10202025 | 10/20/2025 | Credit Card Bill | $8,501.54 |
| | EFT10202025 | 10/20/2025 | Credit Card Bill | $347.06 |
| | EFT10202025 | 10/20/2025 | Credit Card Bill | $65.98 |
| | EFT10202025 | 10/20/2025 | Credit Card Bill | $26.99 |
| | EFT10202025 | 10/20/2025 | Credit Card Bill | $199.00 |
| | EFT10202025 | 10/20/2025 | Credit Card Bill | $258.88 |
| | EFT11052025 | 11/5/2025 | Credit Card Bill | $2,167.09 |
| | 50323 | 11/19/2025 | Credit Card Bill | $43.34 |
| | 50323 | 11/19/2025 | Credit Card Bill | $1,032.79 |
| | 50323 | 11/19/2025 | Credit Card Bill | $607.24 |
| | 50323 | 11/19/2025 | Credit Card Bill | $58.00 |
| | 50323 | 11/19/2025 | Credit Card Bill | $274.52 |
| | 50323 | 11/19/2025 | Credit Card Bill | $161.58 |
| | 50323 | 11/19/2025 | Credit Card Bill | $1,295.15 |
| | 50323 | 11/19/2025 | Credit Card Bill | $619.00 |
| | 50323 | 11/19/2025 | Credit Card Bill | $222.28 |

| Creditor Name and Address | Check Number/Electronic Fund Transfer | Check Date or Electronic Transfer Fund Date | Reason for Payment | Amount Paid |
|---|---|---|---|---|
| | EFT11262025 | 11/26/2025 | Credit Card Bill | $9,946.82 |
| | | | Total: | $46,322.61 |
| | | | | |
| Furqan Tanwir | 2040 | 10/8/2025 | Fee for Chess Club | $8,605.00 |
| | | | | |
| | | | | |
| John F. Jilleba CPA | 50197 | 9/1/2025 | Professional Fees | $2,000.00 |
| 559 Brook Ave | 50197 | 9/1/2025 | Professional Fees | $2,000.00 |
| River Vale, New Jersey, 07675 | 50280 | 10/29/2025 | Professional Fees | $2,000.00 |
| | 50280 | 10/29/2025 | Professional Fees | $2,000.00 |
| | 50294 | 11/5/2025 | Professional Fees | $2,000.00 |
| | 50294 | 11/5/2025 | Professional Fees | $2,000.00 |
| | 50344 | 12/3/2025 | Professional Fees | $2,000.00 |
| | 50344 | 12/3/2025 | Professional Fees | $2,000.00 |
| | | | Total: | $16,000.00 |
| | | | | |
| Mulino's at Lake Isle | 5972 | 10/2/2025 | Golf Outing | $2,216.35 |
| 660 White Plains Road | 5984 | 10/8/2025 | Golf Outing | $13,487.94 |
| Eastchester, New York, 10709 | | | Total: | $15,704.29 |
| | | | | |
| Parish Property Management, Inc | 50200 | 9/10/2025 | Maintenance Fees | $18,928.85 |
| 11 Seventh Street | 50255 | 10/8/2025 | Maintenance Fees | $8,737.85 |
| Pelham, New York, 10803 | 50255 | 10/8/2025 | Maintenance Fees | $180.00 |
| | 50255 | 10/8/2025 | Maintenance Fees | $270.00 |

| Creditor Name and Address | Check Number/Electronic Fund Transfer | Check Date or Electronic Transfer Fund Date | Reason for Payment | Amount Paid |
|---|---|---|---|---|
| | 50255 | 10/8/2025 | Maintenance Fees | $180.00 |
| | 6066 | 12/5/2025 | Maintenance Fees | $5,825.23 |
| | 6066 | 12/5/2025 | Maintenance Fees | $202.50 |
| | | | Total: | $34,324.43 |
| | | | | |
| PPM Restoration | 50317 | 11/19/2025 | Repairs and Maintenance | $8,737.84 |
| 11 Seventh Street Suite 1B | 50317 | 11/19/2025 | Repairs and Maintenance | $170.00 |
| Pelham, NY, 10803 | 50317 | 11/19/2025 | Repairs and Maintenance | $495.00 |
| | 6042 | 11/19/2025 | Repairs and Maintenance | $6,292.73 |
| | | | Total: | $15,695.57 |
| | | | | |
| Rita McCabe | 50318 | 11/19/2025 | Professional Fees | $2,000.00 |
| | 50318 | 11/19/2025 | Professional Fees | $2,000.00 |
| | 50318 | 11/19/2025 | Professional Fees | $2,000.00 |
| | 2442 | 12/5/2025 | Professional Fees | $2,000.00 |
| | 2442 | 12/5/2025 | Professional Fees | $2,000.00 |
| | 2442 | 12/5/2025 | Professional Fees | $2,000.00 |
| | | | Total: | $12,000.00 |
| | | | | |
| Southern Westchester BOCES | 6062 | 12/3/2025 | School Testing | $9,426.50 |
| 17 Berkley Drive | | | | |
| Rye Brook, NY, 10573 | | | | |
| | | | | |

| Creditor Name and Address | Check Number/Electronic Fund Transfer | Check Date or Electronic Transfer Fund Date | Reason for Payment | Amount Paid |
|---|---|---|---|---|
| The Modus Opera Company, Inc | 50258 | 10/8/2025 | Concert Fees | $5,000.00 |
| Dr. Justin Bishoff | 50265 | 11/1/2025 | Concert Fees | $8,000.00 |
| 1415 Pelhamdale Ave | 50266 | 12/1/2025 | Concert Fees | $7,450.00 |
| Pelham, New York, 10803 | | | Total: | $20,450.00 |
| | | | | |
| Tunnels to Towers Foundation | 5977 | 10/2/2025 | Fundraiser | $26,942.66 |
| 2361 Hyland Blvd. | | | | |
| Staten Island, NY 10306 | | | | |
| | | | | |
| | | | | |
| United Metro Energy | 50273 | 10/23/2025 | Fuel | $2,552.16 |
| 500 Kingsland Avenue | 50324 | 11/16/2025 | Fuel | $9,193.89 |
| Brooklyn, NY, 11222 | 50325 | 11/16/2025 | Fuel | $1,706.66 |
| | | | Total: | $13,452.71 |
| | | | | |
| Vineyard Vines | 1015 | 11/19/2025 | School T-Shirts | $6,008.00 |
| 181 Harbor Dr | 6045 | 11/19/2025 | School T-Shirts | $6,008.00 |
| Stanford, CT, 06902 | | | Total: | $12,016.00 |
| | | | | |
| William H Sadlier, Inc | 5980 | 10/2/2025 | Textbooks | $6,483.66 |
| P O Box 11603 | 5939 | 9/10/2025 | Textbooks | $1,225.58 |
| Newark, NJ, 07101-5803 | 5966 | 9/24/2025 | Textbooks | $405.79 |
| | 5948 | 9/17/2025 | Textbooks | $157.12 |
| | 5965 | 9/24/2025 | Textbooks | $149.13 |
| | 5964 | 9/24/2025 | Textbooks | $1,967.18 |
| | 5979 | 10/2/2025 | Textbooks | $75.35 |
| | 6011 | 10/17/2025 | Textbooks | $30.58 |
| | | | Total: | $10,494.39 |