**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :  Chapter 11
CHURCH OF THE IMMACULATE HEART OF           :
MARY,                                                          :
                                                               :  Case No. 25-23180 (KYP)
                                       Debtor.        :
---------------------------------------------------------------x

# DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 12th day of January 2026, I served copies of the:

- Final Order (I) Authorizing the Debtor to (A) Continue to Use its Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms [Docket No. 46]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 12, 2026

                                        */s/Kristen Strine*
                                        Kristen Strine

1

## Schedule A

Webster Bank, NA
360 Hamilton Avenue, 7th Floor
White Plains, NY 10601
Attn: Paul Sinno

Webster Bank, NA
2143 Central Park Avenue
Yonkers, NY 10710

JPMorgan Chase Bank, N.A.
P.O. Box 182051
Columbus, OH 43218

JPMorgan Chase Bank, N.A.
676 White Plains Road
Scarsdale, NY 10583
Attn: Nanette Ernst

OceanFirst Bank
80 Garth Road
Scarsdale, NY 10583
Attn: Shane Mills