**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
CHURCH OF THE IMMACULATE HEART OF        :
MARY,                                                      :
                                                               :   Case No. 25-23180 (KYP)
                              Debtor.                 :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 12th day of January 2026, I served copies of the:

   - Order (I) Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief [Docket No. 49]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 12, 2026

                                                    */s/Kristen Strine*
                                                    Kristen Strine

1

## Schedule A

Con Edison
P.O. Box 1702
New York, NY 10116

Verizon
P.O. Box 15124
Albany, NY 12212

TSCVOIP
2 David Drive
North Salem, NY 10560

United Metro Energy Corp
500 Kingsland Avenue
Brooklyn, NY 11222

Village of Scarsdale
1001 Post Road
Scarsdale, NY 10583