**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CHURCH OF THE IMMACULATE HEART OF MARY,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-23180-KYP |

**BANKRUPTCY RULE 2019 STATEMENT OF**
**THE AD HOC COMMITTEE OF ABUSE SURVIVORS OF THE**
**CHURCH OF THE IMMACULATE HEART OF MARY STATEMENT**

The Ad Hoc Committee of Abuse Survivors of the Church of the Immaculate Heart of Mary (the "**Committee**") hereby submits this statement in compliance with Bankruptcy Rule 2019.

1. <u>Identity of the Committee Members</u>: The Committee is comprised of:

    (i)  Steve Durning, c/o Grant & Eisenhofer, 485 Lexington Avenue, New York, New York 10017, Attn: Barbara J. Hart and Gordon Z. Novod;

    (ii)  Vincent Purcell; c/o Grant & Eisenhofer, 485 Lexington Avenue, New York, New York 10017, Attn: Barbara J. Hart and Gordon Z. Novod;

    (iii)  Plaintiff in the following action: *BCVAWCM-DOE v. The Roman Catholic Archdiocese of New York, et. al.*, Index No. 58802/2020 (Sup. Ct. Westchester Cnty.)c/o Grant & Eisenhofer, 485 Lexington Avenue, New York, New York 10017, Attn: Barbara J. Hart and Gordon Z. Novod;

    (iv) Robert Reno, c/o Pfau Cochran Vertitis Amala PLLC, , 701 Fifth Avenue, Suite 4300, Seattle, Washington 98104, Attn: Jason P. Amala and Mallory C.

4930-7215-5527.3 14083.00001

Allen (collectively, the "**Committee Members**" and individually, a "**Committee Member**").

2. <u>Nature and Amount of Disclosable Economic Interest</u>:  As of the date of this statement, each Committee Member holds a Disclosable Economic Interest against the Church of the Immaculate Heart of Mary (the "**Debtor**") in the nature of an unliquidated unsecured claim arising from child sex abuse, predating the Debtor's petition for relief by more than one year, for which the Debtor, the Archdiocese of New York and others are alleged to be liable.  Each Committee Member has filed a timely complaint in the Supreme Court of the State of New York against the Debtor, the Archdiocese of New York and others alleging acts of sexual abuse that predated the filing of the Debtor's petition for relief by more than one year.  In accordance with New York's Civil Practice Law and Rules , the Committee Members have not alleged a liquidated claim for damages in their pending state court complaints.

3. <u>No Conflicts of Interest</u>:  The Committee Members affirm that, to the best of their knowledge, there are no conflicts of interest that would preclude them from serving on the Committee.

4. <u>Formation</u>:  In response to the commencement of the Debtor's case, counsel for each of the Committee Members conferred and determined that formation of the Committee was in the best interests of all their clients.  Counsel contacted each of their clients to ascertain the client's interest in serving on the Committee.  Each Committee Member confirmed his interest.  No client was denied the opportunity to be a Committee Member.  The Committee has agreed to act in the interests of all individuals alleging claims against the Debtor for child sexual abuse.

The Committee selected Pachulski Stang Ziehl & Jones LLP to serve as its bankruptcy counsel. No Committee Member or its counsel is liable for the fees or costs of Pachulski Stang Ziehl & Jones LLP.

Dated: January 14, 2026         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (*pro hac vice* application forthcoming)
Ilan D. Scharf
Brittany Michael
Karen B. Dine
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777
Email:   jstang@pszjlaw.com
            ischarf@pszjlaw.com
            kdine@pszjlaw.com

*Counsel to the Ad Hoc Committee of Abuse Survivors of the Church of the Immaculate Heart of Mary*