**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                   :
                                                                              :    Chapter 11
CHURCH OF THE IMMACULATE HEART OF       :
MARY,                                                                  :
                                                                              :    Case No. 25-23180 (KYP)
                        Debtor.                                   :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 16th day of January, 2026, I served copies of:

   - Notice of Presentment of Joint Stipulation and Agreed Order Between the Debtor, the Archdiocese of New York, Associated Policyholders, and the Certain Insurers Confirming that the Automatic Stay Does Not Apply to the Insurance Litigation [Docket No. 54]; and

   - Joint Stipulation and Agreed Order Between the Debtor, the Archdiocese of New York, Associated Policyholders, and the Certain Insurers Confirming that the Automatic Stay Does Not Apply to the Insurance Litigation [Docket No. 54-1]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 16, 2026

                                                                                    */s/Lily Nevins-Perle*
                                                                                    Lily Nevins-Perle

**Schedule A**

Andrea Schwartz, Esq.
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

CVA Claimants 1-3, 5-9
c/o Grant & Eisenhofer P.A.
Attn: Barbara J. Hart & Gordon Z. Novod
485 Lexington Avenue, 29th Floor
New York, NY 10017

CVA Claimant 4
c/o Marsh Law Firm PLLC
Attn: James R. Marsh
31 Hudson Yards, 11th Floor
New York, NY 10001-2170

CVA Claimant 4
c/o Pfau Cochran Vertetis Amala PLLC
Attn: Jason P. Amala
120 Broadway, 26th Floor
New York, NY 10271

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Ilan D. Scharf,
Brittany Michael, & Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019