**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-23180-KYP |
| | ) | |
| CHURCH OF THE IMMACULATE HEART OF MARY, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James I. Stang, request admission, *pro hac vice*, before the Honorable Kyu Young Paek to represent the *Ad Hoc Committee of Abuse Survivors* (the "Committee") of the Church of the Immaculate Heart of Mary, a Debtor in the above-referenced bankruptcy case.

***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central, Eastern, Northern, and Southern Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: January 20, 2026<br>Los Angeles, California | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James Stang*<br>James I. Stang, Esq.<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jstang@pszjlaw.com<br><br>*Proposed Counsel to the Ad Hoc Committee of Abuse Survivors of the Church of the Immaculate Heart of Mary* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-23180-KYP |
| | ) | |
| CHURCH OF THE IMMACULATE HEART OF MARY, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James I. Stang, to be admitted, ***pro hac vice***, to represent the Ad Hoc Committee of Abuse Survivors (the "Committee") of the Church of the Immaculate Heart of Mary a Debtor in the above referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and, if applicable, the bars of the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, it is hereby

**ORDERED,** that James I. Stang, Esq. is admitted to practice ***pro hac vice***, in the above reference bankruptcy case to represent the Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January   , 2026
Los Angeles, California

_____
HONORABLE KYU YOUNG PAEK
UNITED STATES BANKRUPTCY JUDGE

LA:4917-4420-8009.1 14083.00001