**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 25-23180-KYP |
| | ) |
| CHURCH OF THE IMMACULATE HEART OF MARY, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James I. Stang, to be admitted, ***pro hac vice***, to represent the Ad Hoc Committee of Abuse Survivors (the "Committee") of the Church of the Immaculate Heart of Mary, a Debtor in the above referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and, if applicable, the bars of the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, it is hereby

**ORDERED,** that James I. Stang, Esq. is admitted to practice ***pro hac vice*** in the above reference bankruptcy case to represent the Committee in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



**Dated: February 4, 2026**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**

LA:4917-4420-8009.2 14083.00001