**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Fred Stevens
Lauren C. Kiss
Andrew C. Brown

*Counsel to the Debtor and Debtor-in-*
*   Possession*

**Hearing Date: April 9, 2026**
**Hearing Time:  10:00 a.m. (EST)**

**Objection Deadline:  April 2, 2026 at**
**5:00 p.m. (EST)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re                                                          :
                                                               :  Chapter 11
CHURCH OF THE IMMACULATE HEART OF          :
MARY,                                                     :
                                                               :  Case No. 25-23180 (KYP)
                                       Debtor.        :
----------------------------------------------------------------x

## NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER EXTENDING EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO

PLEASE TAKE NOTICE that a hearing will be held on **April 9, 2026 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Judge Kyu Y. Paek, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") to consider the *Debtor's Motion for an Order Extending Exclusive Periods During which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereto* (the "Motion").[1]

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the relief sought in the Motion, or any portion thereof (an "Objection"), shall be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and be filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601, on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format and served upon counsel to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

10036, Attn: Sean C. Southard and Lauren C. Kiss (Email: ssouthard@klestadt.com and lkiss@klestadt.com) so as to be actually received no later than **5:00 p.m. on April 2, 2026** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by no later than 4:00 p.m. (EST) two (2) business days before the Hearing. Parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the Hearing.  Requests to receive a Zoom link should not be made by emailing the Court. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE**, that only those Objections that are timely filed, served, and received by the Objection Deadline will be considered at the Hearing, and failure to file a timely Objection may result in entry of orders granting the relief requested in the Motions without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE**, that that copies of the Motion, along with the exhibits thereto, are on file with the Office of the Clerk of the Bankruptcy Court at 355 Main Street, Poughkeepsie, New York 12601 and may be examined on the Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon request (Attn: Andrew C. Brown, Email: abrown@klestadt.com).

*[Continued on Next Page]*

2

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned without further notice to any creditor or other party in interest other than by announcement of the adjourned date in open court at the Hearing.

Dated:   New York, New York
         March 20, 2026

                                        **KLESTADT WINTERS JURELLER**
                                        **SOUTHARD & STEVENS, LLP**

                                        By:   */s/ Sean C. Southard*
                                              Sean C. Southard
                                              Fred Stevens
                                              Lauren C. Kiss
                                              Andrew C. Brown
                                              200 West 41st Street, 17th Floor
                                              New York, New York 10036
                                              Tel: (212) 972-3000
                                              Fax: (212) 972-2245
                                              Email: ssouthard@klestadt.com
                                                     fstevens@klestadt.com
                                                     lkiss@klestadt.com
                                                     abrown@klestadt.com

                                              *Counsel to the Debtor and Debtor-in-Possession*

3