**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

In re:                                                         :

                                           :   Chapter 11

CHURCH OF THE IMMACULATE HEART OF                              :

MARY,                                                         :   Case No. 25-23180 (KYP)

                        Debtor.       :

------------------------------------------------------------------ X

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.      I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 286 Madison Avenue, 11th Floor, New York, New York 10017.

2.      On the 3rd day of August 2026, I served copies of:

- Notice of Hearing on Debtor's Second Motion for an Order Extending Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereto [Docket No. 80]; and

- Debtor's Second Motion for an Order Extending Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereto, along with exhibit referenced therein [Docket No. 79]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 3, 2026

                                        */s/ Lily Nevins-Perle*
                                        Lily Nevins-Perle

## Schedule A

Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Attn: Andrea Schwartz, Esq.

CVA Claimants 1-3, 5-9 c/o Grant &
Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Attn: Barbara J. Hart & Gordon Z. Novod

CVA Claimant 4 c/o Marsh Law Firm PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
Attn: James R. Marsh

CVA Claimant 4
c/o Pfau Cochran Vertetis Amala PLLC
120 Broadway, 26th Floor
New York, NY 10271
Attn: Jason P. Amala

Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019
Attn: James I. Stang, Ilan D. Scharf,
Brittany Michael, & Karen B. Dine

Town of Eastchester
40 Mill Road
Eastchester, NY 10709

Klett World Languages
4055 W Peterson Avenue, Suite 201
Chicago, IL 60646

Clowns.com
200 Meacham Avenue
Elmont, NY 11003

Tri State Supply Company
P.O. Box 3380
Mount Vernon, NY 10553

JoAnn Douglass
16 Harwood Avenue
White Plains, NY 10603

Weinberg Nature Center
Village of Scarsdale
455 Mamaroneck Road
Scarsdale, NY 10583

Quill
P.O. Box 37600
Philadelphia, PA 19101

The Bronx Design Group
2914 Westchester Avenue
Bronx, NY 10461

Michael Anderson
6 Lowe Avenue
Fair Lawn, NJ 7410

Shoreline
629 Fifth Avenue, Suite 213
Pelham, NY 10803

Steady Flow Plumbing & Heating
P.O. Box 511
Wilton, CT 6897

1