**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| CHURCH OF THE IMMACULATE HEART OF MARY, | : | |
| | : | Case No. 25-23180 (KYP) |
| Debtor. | : | |

**SECOND ORDER GRANTING EXTENSION OF DEBTOR'S EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121(d)**

Upon the motion (the "Motion")[1] of Church of the Immaculate Heart of Mary (the "Debtor") in the above-referenced chapter 11 case (the "Chapter 11 Case"), for entry of an order (this "Order") pursuant to sections 105(a) and 1121(d) of the Bankruptcy Code, granting an extension of the Debtor's exclusive periods to file a chapter 11 plan and to solicit acceptances thereof for approximately sixty (60) days from the current exclusivity deadline; and notice of the Motion having been given as set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held on August 20, 2026 to consider the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is granted to the extent set forth herein.

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.

2. The Debtor's Exclusive Period is hereby extended to October 5, 2026 for filing of a chapter 11 plan, and December 4, 2026 for soliciting acceptances thereto.

3. Entry of this Order shall be without prejudice to the rights of the Debtor to request further extensions of the Exclusive Period or seek other appropriate relief.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 21, 2026**
**Poughkeepsie, New York**

**/s/ Kyu Y. Paek**

**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**