**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CHURCH OF THE IMMACULATE HEART OF MARY, | : | Case No. 25-23180 (KYP) |
| Debtor. | : | |

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 286 Madison Avenue, 11th Floor, New York, New York 10017.

2. On the 10th day of November 2026, I served copies of:

- Notice of Hearing on Debtor's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [Docket No. 94]; and
- Debtor's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [Docket No. 93] with accompanying exhibit

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, upon those parties listed on **Schedule A**.

3. On the 10th day of November 2026, I served copies of:

- Notice of Hearing on Debtor's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case [Docket No. 94]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, upon those parties listed on **Schedule B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 10, 2026

*/s/ Lily Nevins-Perle*
Lily Nevins-Perle

**Schedule A**

Office of the United States Trustee - NY
Andrea Schwartz, Esq.
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

CVA Claimants 1-3, 5-9
c/o Grant & Eisenhofer P.A.
Samantha Breitner
485 Lexington Avenue, 29th Floor
New York, NY 10017

CVA Claimant 4
c/o Marsh Law Firm PLLC
James R. Marsh
31 Hudson Yards, 11th Floor
New York, NY 10001-2170

CVA Claimant 4
c/o Pfau Cochran Vertetis Amala PLLC
Jason P. Amala
120 Broadway, 26th Floor
New York, NY 10271

Pachulski Stang Ziehl & Jones LLP
James I. Stang, Ilan D. Scharf,
Brittany Michael, and Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019

Town of Eastchester
40 Mill Road

Eastchester, NY 10709
Klett World Languages
4055 W Peterson Avenue, Suite 201
Chicago, IL 60646

Tri State Supply Company
PO Box 3380
Mount Vernon, NY 10553

JoAnn Douglass
16 Harwood Avenue
White Plains, NY 10603

Weinberg Nature Center
Village of Scarsdale
455 Mamaroneck Road
Scarsdale, NY 10583

Quill
PO Box 37600
Philadelphia, PA 19101

The Bronx Design Group
2914 Westchester Avenue
Bronx, NY 10461

Michael Anderson
6 Lowe Avenue
Fair Lawn, NJ 07410

Shoreline
629 Fifth Ave., Ste. 213
Pelham, NY 10803

Steady Flow Plumbing & Heating
PO Box 511
Wilton, CT 06897

Weinberg Nature Center
Village of Scarsdale
455 Mamaroneck Road
Scarsdale, NY 10583

Wayground
3110 Main Street Building C
Santa Monica, CA 90405

UPS
P.O. Box 549
Fogelsville, PA 18051

Tri State Supply Company
PO Box 3380
Mount Vernon, NY 10553

Town of Eastchester
40 Mill Road
Eastchester, NY 10709

The Bronx Design Group
2914 Westchester Avenue
Bronx, NY 10461

Steady Flow Plumbing & Heating
PO Box 511
Wilton, CT 06897

Shoreline
629 Fifth Ave., Ste. 213
Pelham, NY 10803

Scarsdale-Hartsdale Women's Interfaith Council
1 Heathcote Rd
Scarsdale, NY 10583

Quill
PO Boc 37600
Philadelphia, PA 19101-0600

Parroquia Santa Teresita
P.O. Box 6065
Loiza Station
San Juan, PR 00914-6065

Parish Property Management, Inc.
11 Seventh St.
Pelham, NY 10803

Parish Assistance Corporation
488 Madison Avenue, 3rd Floor
New York, NY 10022

Michela Falco
11 Water Street
Eastchester, NY 10709

Michael Anderson
6 Lowe Avenue
Fair Lawn, NJ 07410

Liturgical Press
PO Box 7500
Collegeville, MN 56321

Klett World Languages
4055 W Peterson Avenue
Suite 201
Chicago, IL 60646

Journal News Media Group
PO Box 742621
Cincinnati, OH 45274-2621

Jostens Inc.
21336 Network Place
Chicago, IL 60673-1213

Ismet Kllokoqi
33 Riverdale Ave, Apt. 5A
Yonkers, NY 10705

Ignatius Press
PO Box 1339
Fort Collins, CO 80522

Controlled Combustion
2377 Washington Ave
Bronx, NY 10458

Clowns.com
200 Meacham Avenue
Elmont, NY 11003

Catholic Mutual Group
10843 Old Mill Rd
Omaha, NE 68154

Ava Tulipano
1355 Kearney Avenue
Bronx, NY 10465

Archdiocese of New York
488 Madison Avenue
New York, NY 10022

O'Melveny & Myers LLP
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Attn: Jonathan Rosenberg and Tancred Schiavoni

**Schedule B**

Veronica Gayanelo
Address Redacted

Tracy R Keelin
Address Redacted

Thomas Huvane
Address Redacted

Thomas Ramunno
Address Redacted

Theresa Nicholson
Address Redacted

Teresa Corredor
Address Redacted

Stephen M Ries
Address Redacted

Stefanie Oliva
Address Redacted

Sofia Cardamone
Address Redacted

Shannon Diaz
Address Redacted

Rayappa Reddy Thumma
Address Redacted

Phyllis Nastasio
Address Redacted

Phillip Giackette
Address Redacted

Patricia Casale
Address Redacted

Nicole Macchia
Address Redacted

Nicholas DeGiorgio
Address Redacted

Nancy Vericker
Address Redacted

Marie K Tedesco
Address Redacted

Maria M Sannicandro
Address Redacted

Maria Gilbride
Address Redacted

Margarita Lazri
Address Redacted

Lorraine Leone
Address Redacted

Lizette Rosario
Address Redacted

Lisa Barone
Address Redacted

Laurie Adamo-Ricigliano
Address Redacted

Laura M Covais
Address Redacted

Kimberly Sullivan
Address Redacted

Julie Casino
Address Redacted

Joseph Macli
Address Redacted

Joanne Tormey
Address Redacted

Joann Rubino
Address Redacted

JoAnn M Douglass
Address Redacted

Joan Cosentino
Address Redacted

Jessica Pagni
Address Redacted

Frank N DeSimone
Address Redacted

Emily M Theisen
Address Redacted

Elizabeth L Farnum
Address Redacted

Elisa Buckley
Address Redacted

Diana Bravo
Address Redacted

Christine Romano
Address Redacted

Christina Jadoo
Address Redacted

Brianna R Covais
Address Redacted

Antonia Lagani Davila
Address Redacted

Annette Piccoli
Address Redacted

Angela Marranzino
Address Redacted

Angela Comblo
Address Redacted

Amy Straehle
Address Redacted

Alyssa Marranzino
Address Redacted

Alison S O'Hanlon
Address Redacted